# EXHIBIT A

**(All executed process in this case)**

# Exhibit A-1

Service of Process to Defendant Arkema Inc.

CSC

**NOTICE OF SERVICE OF PROCESS**

**Transmittal Number: 28871165**
(Click the Transmittal Number to view your SOP)

Pursuant to client instructions, we are forwarding this summary and Notice of Service of Process.

| | |
|---|---|
| **Entity:** | Arkema Inc. |
| **Entity I.D. Number:** | 2111154 |
| **Entity Served:** | Arkema Inc |
| **Title of Action:** | Dorothy Ackerman vs. Arkema, Inc. |
| **Matter Name/ID:** | Dorothy Ackerman vs. Arkema, Inc. (15533582) |
| **Document(s) type:** | Citation/Petition |
| **Nature of Action:** | Class Action |
| **Court/Agency:** | Harris County District Court, Texas |
| **Case/Reference No:** | 202421497 |
| **Jurisdiction Served:** | Texas |
| **Date Served on CSC** | 04/05/2024 |
| **Answer or Appearance Due:** | 10:00 am Monday next following the expiration of 20 days after service |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |

**Sender Information:**
Dennis Spurling, P. L.LC.
713-229-0770

**Primary Contact:**
Kate Viglione
Arkema Inc.

**Electronic copy provided to:**
kathryn.viglione@arkema.com
lisa.sayles@arkema.com
joshua.desko@arkema.com

**NOTES:**

To review other documents in this matter, please link to CSC's Matter Management Services at www.cscglobal.com

---

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the document(s) and taking appropriate action.

---

**251 Little Falls Drive, Wilmington, Delaware 19808-1674**
**(888) 690-2882 | sop@cscglobal.com**

DELIVERED
[illegible]
BY: [illegible] PSC: [illegible]
ATX Process, LLC

CAUSE O. 202421497

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 988053

TRACKING NO: 74308469

| | |
|---|---|
| Plaintiff:<br>ACKERMAN, DOROTHY<br>vs.<br>Defendant:<br>ARKEMA INC | In The 270th<br>Judicial District Court of<br>Harris County, Texas<br>201 CAROLINE<br>Houston, Texas |

**CITATION CORPORATE**

**THE STATE OF TEXAS**
**County of Harris**

**To: ARKEMA INC (A PENNSYLVANIA CORPORATION DOING BUSINESS IN THE STATE OF TEXAS) MAY BE SERVED WITH PROCESS THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS CORPORATION SERVICE COMPANY DBA CSC - LAWYERS INCORPORATING SERVICE COMPANY 211 E 7TH STREET SUITE 620, AUSTIN TX 78701 - 3218**

Attached is a copy of: PLAINTIFFS ORIGINAL PETITION

This instrument was filed on April 4, 2024 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on April 5, 2024, under my hand and seal of said court.

Issued at the request of:

SPURLING, DENNIS D.
3003 SOUTH LOOP WEST SUITE 400

HOUSTON, TX 77054
**713-229-0770**
Bar Number: 24053909

DISTRICT COURT OF HARRIS COUNTY TEXAS

Marilyn Burgess

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By:PATRICIA JONES

Tracking Number: 74308469

**CAUSE NUMBER: 202421497**

**PLAINTIFF: ACKERMAN, DOROTHY**

**vs.**

**DEFENDANT: ARKEMA INC**

**In the 270th**

**Judicial District Court of**

**Harris County, Texas**

OFFICER - AUTHORIZED PERSON RETURN

Came to hand at ________ o'clock ____. M. on the __________ day of ____________________________, 20______. Executed at

(Address)______________________________________________________________________________ __________ in

________________________ County at o'clock ____. M. On the __________ day of ____________________________, 20______, by

Delivering to ______________________________________________defendant, in person, a true copy of this Citation together with the accompanying _______ copy (ies) of the «Attachment». Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this ________________day of ______________________________________, 20.

Fees $______________________________

______________________________________________________

By______________________________________________________

Affiant

Deputy

On this day, ____________________________________________________, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _______ day of ______________________________________, 20___.

__________________________________________________

Notary Public