# EXHIBIT B

**(All pleadings asserting causes of action, e.g., petitions, counterclaims, cross-actions, third-party actions, interventions, and all answers to such pleadings)**

# Exhibit B-1

Plaintiffs' Original Petition

4/4/2024 4:17 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 86315358
By: Patricia Jones
Filed: 4/4/2024 4:17 PM

**NO. ____ _**

| | |
|---|---|
| **DOROTHY ACKERMAN, ET AL.,** | **IN THE DISTRICT COURT** |
| **Plaintiffs,** | |
| **v.** | **HARRIS COUNTY TEXAS** |
| **ARKEMA, INC.,** | |
| **Defendant.** | **__ JUDICIAL DISTRICT** |

## PLAINTIFFS' ORIGINAL PETITION

**NOW COMES** Plaintiffs Dorthy Ackerman, et al., named Plaintiffs in the above-entitled and numbered cause, and files this Original Petition, and shows the Court:

## PARTIES

1. Plaintiffs, as follows:

i. Plaintiff, Dorothy Ackerman, is an Individual who resides in Crosby, TX.
ii. Plaintiff, Mary Ackerman, is an Individual who resides in Crosby, TX.
iii. Plaintiff, Sylbestre Aburto, is an Individual who resides in Crosby, TX.
iv. Plaintiff, Hunter Brian Adams, is an Individual who resides in Crosby, TX.
v. Plaintiff, Claude Bartholomew Adams, is an Individual who resides in Crosby, TX.
vi. Plaintiff, Linda M Adams, is an Individual who resides in Crosby, TX.
vii. Plaintiff, Lola Dorothy Adams, is an Individual who resides in Crosby, TX.
viii. Plaintiff, Giovanni Alexander, is an Individual who resides in Crosby, TX.
ix. Plaintiff, Billie Alexander, is an Individual who resides in Crosby, TX.
x. Plaintiff, Maude Alexander, is an Individual who resides in Crosby, TX.
xi. Plaintiff,James Alexander, is an Individual who resides in Crosby, TX.
xii. Plaintiff, Alexis Allen, is an Individual who resides in Houston, TX.
xiii. Plaintiff, Gabillo Alonso, is an Individual who resides in Houston, TX.
xiv. Plaintiff,Joshua Alphonse, is an Individual who resides in Crosby, TX.
xv. Plaintiff, Alisa Anders, is an Individual who resides in Montgomery, TX.
xvi. Plaintiff, Caitlin Anders, is an Individual who resides in Montgomery, TX.
xvii. Plaintiff, Blake Anderson, is an Individual who resides in Crosby, TX.
xviii. Plaintiff, Justin Anderson, is an Individual who resides in Crosby, TX.
xix. Plaintiff, Sherrece Anderson, is an Individual who resides in Crosby, TX.
xx. Plaintiff, Ashlyn Anderson, is an Individual who resides in Crosby, TX.
xxi. Plaintiff, Aubrey Anderson, is an Individual who resides in Crosby, TX.

xxii. Plaintiff, Aylee Anderson, is an Individual who resides in Crosby, TX.
xxiii. Plaintiff, Sherrece Anderson, is an Individual who resides in Crosby, TX.
xxiv. Plaintiff, Darrell Arceneaux, is an Individual who resides in Crosby, TX.
xxv. Plaintiff, Corey Arclies, is an Individual who resides in Crosby, TX.
xxvi. Plaintiff, Randle Ardoin, is an Individual who resides in Crosby, TX.
xxvii. Plaintiff, Jada Ardoin, is an Individual who resides in Crosby, TX.
xxviii. Plaintiff, Brenda Artis, is an Individual who resides in Crosby, TX.
xxix. Plaintiff, Adam Bailey, is an Individual who resides in Crosby, TX.
xxx. Plaintiff, LaToya Bailey, is an Individual who resides in Crosby, TX.
xxxi. Plaintiff, Linda Bailey, is an Individual who resides in Crosby, TX.
xxxii. Plaintiff, Joshua Baldwin, is an Individual who resides in Crosby, TX.
xxxiii. Plaintiff, Thomas Baldwin, is an Individual who resides in Webster, TX.
xxxiv. Plaintiff, Doris Jean Smith Baldwin, is an Individual who resides in Crosby, TX.
xxxv. Plaintiff, Jennifer Baldwin, is an Individual who resides in Baytown, TX.
xxxvi. Plaintiff, Rose Baldwin, is an Individual who resides in Crosby, TX.
xxxvii. Plaintiff, Robert Ballard, is an Individual who resides in Crosby, TX.
xxxviii. Plaintiff, Evelena Banks, is an Individual who resides in Crosby, TX.
xxxix. Plaintiff, Roddrick Barnaba, is an Individual who resides in Crosby, TX.
xl. Plaintiff, Steward Barnaba, is an Individual who resides in Crosby, TX.
xli. Plaintiff, Aureona Barrett, is an Individual who resides in Crosby, TX.
xlii. Plaintiff, John Barrett, is an Individual who resides in Crosby, TX.
xliii. Plaintiff, Ronald Barrett, is an Individual who resides in Crosby, TX.
xliv. Plaintiff, Kay Barrett, is an Individual who resides in Crosby, TX.
xlv. Plaintiff, Tennille Barrett, is an Individual who resides in Houston, TX.
xlvi. Plaintiff, Brittany Bartee, is an Individual who resides in Shelbyville, TX.
xlvii. Plaintiff, Hunter Bartee, is an Individual who resides in Shelbyville, TX.
xlviii. Plaintiff, Scott Bartee, is an Individual who resides in Shelbyville, TX.
xlix. Plaintiff, Wendy Bartee, is an Individual who resides in Shelbyville, TX.
l. Plaintiff, Ervin Bass, is an Individual who resides in Crosby, TX.
li. Plaintiff, Laura Bass, is an Individual who resides in Crosby, TX.
lii. Plaintiff, Sydney Beal, is an Individual who resides in Crosby, TX.
liii. Plaintiff, Grace Beaty, is an Individual who resides in Houston, TX.
liv. Plaintiff, Gwendolyn Beavers, is an Individual who resides in Channelview, TX.
lv. Plaintiff, Mildred Bebee, is an Individual who resides in Crosby, TX.
lvi. Plaintiff, Paul Bellard, is an Individual who resides in Crosby, TX.
lvii. Plaintiff, Nemar Bellard, is an Individual who resides in Crosby, TX.
lviii. Plaintiff, England Belton, is an Individual who resides in Baytown, TX.
lix. Plaintiff, Jaliel Belton, is an Individual who resides in Baytown, TX.
lx. Plaintiff, Ruth Berotte, is an Individual who resides in Crosby, TX.
lxi. Plaintiff, Julian Bielamowicz, is an Individual who resides in Crosby, TX.
lxii. Plaintiff, Margie Bielamowicz, is an Individual who resides in Crosby, TX.

lxiii. Plaintiff, Billy Blunt, is an Individual who resides in Crosby, TX.
lxiv. Plaintiff, Jason Blunt, is an Individual who resides in Crosby, TX.
lxv. Plaintiff, Ty Blunt, is an Individual who resides in Crosby, TX.
lxvi. Plaintiff, Pamela Blunt, is an Individual who resides in Crosby, TX.
lxvii. Plaintiff, Florenia Bob, is an Individual who resides in Crosby, TX.
lxviii. Plaintiff, Loretta Bollin, is an Individual who resides in Crosby, TX.
lxix. Plaintiff, Candice Born-Gleaton, is an Individual who resides in Crosby, TX.
lxx. Plaintiff, Lethia Bradford, is an Individual who resides in Highlands, TX.
lxxi. Plaintiff, Chelsea Bradford, is an Individual who resides in Highlands, TX.
lxxii. Plaintiff, Martha Bradford, is an Individual who resides in Highlands, TX.
lxxiii. Plaintiff, Shonda Bradford, is an Individual who resides in Highlands, TX.
lxxiv. Plaintiff, Arthur Bradley, is an Individual who resides in Crosby, TX.
lxxv. Plaintiff, Datric Bradley, is an Individual who resides in Crosby, TX.
lxxvi. Plaintiff, Myesha Bradley, is an Individual who resides in Crosby, TX.
lxxvii. Plaintiff, Tammy Bradley, is an Individual who resides in Crosby, TX.
lxxviii. Plaintiff, Robert Brady, is an Individual who resides in Crosby, TX.
lxxix. Plaintiff, Gloria Brady, is an Individual who resides in Crosby, TX.
lxxx. Plaintiff, Brianna Branch, is an Individual who resides in Crosby, TX.
lxxxi. Plaintiff, Melanie Breckman, is an Individual who resides in Crosby, TX.
lxxxii. Plaintiff, Daniel Breckman, is an Individual who resides in Crosby, TX.
lxxxiii. Plaintiff, Ransom Breckman, is an Individual who resides in Crosby, TX.
lxxxiv. Plaintiff, Ida Breckman, is an Individual who resides in Crosby, TX.
lxxxv. Plaintiff, Lervie Bright, is an Individual who resides in Crosby, TX.
lxxxvi. Plaintiff, Thaddeus Brigman, is an Individual who resides in Crosby, TX.
lxxxvii. Plaintiff, Gay Brigman, is an Individual who resides in Barrett Station, TX.
lxxxviii. Plaintiff, Vincent Brinkley, is an Individual who resides in Crosby, TX.
lxxxix. Plaintiff, Yolanda Brinkley, is an Individual who resides in Crosby, TX.
xc. Plaintiff, Thomas James Britton, is an Individual who resides in Channelview, TX.
xci. Plaintiff, Judy Brock, is an Individual who resides in Crosby, TX.
xcii. Plaintiff, Jamie Brooks, is an Individual who resides in Crosby, TX.
xciii. Plaintiff, Casey Brooks, is an Individual who resides in Crosby, TX.
xciv. Plaintiff, Jeffrey Brooks, is an Individual who resides in Crosby, TX.
xcv. Plaintiff, Quincy Brooks, is an Individual who resides in Crosby, TX.
xcvi. Plaintiff, Edith Brooks, is an Individual who resides in Crosby, TX.
xcvii. Plaintiff, Joshua Broussard, is an Individual who resides in Crosby, TX.
xcviii. Plaintiff, Kaylee Broussard, is an Individual who resides in Crosby, TX.
xcix. Plaintiff, Gavin Broussard, is an Individual who resides in Crosby, TX.
c. Plaintiff, Joshua Broussard, is an Individual who resides in Crosby, TX.
ci. Plaintiff, Katrina Broussard, is an Individual who resides in Crosby, TX.
cii. Plaintiff, Alvurnia Brown, is an Individual who resides in Houston, TX.
ciii. Plaintiff, Lisa Brown, is an Individual who resides in Channelview, TX.

civ. Plaintiff, Patricia Brown, is an Individual who resides in Crosby, TX.
cv. Plaintiff, Shirley Bryant, is an Individual who resides in Crosby, TX.
cvi. Plaintiff, Lex Buckner, is an Individual who resides in Crosby, TX.
cvii. Plaintiff, Lyle Buckner, is an Individual who resides in Crosby, TX.
cviii. Plaintiff, Jennie Buckner, is an Individual who resides in Crosby, TX.
cix. Plaintiff, Lorrie Buckner, is an Individual who resides in Crosby, TX.
cx. Plaintiff, Bermadine Bushnell, is an Individual who resides in Crosby, TX.
cxi. Plaintiff, Julio Caballero, is an Individual who resides in Crosby, TX.
cxii. Plaintiff, George Camacho, is an Individual who resides in Crosby, TX.
cxiii. Plaintiff, Linda Campbell, is an Individual who resides in Crosby, TX.
cxiv. Plaintiff, Brian Duane Carr, is an Individual who resides in Crosby, TX.
cxv. Plaintiff, Angel Ann Carr, is an Individual who resides in Crosby, TX.
cxvi. Plaintiff, Palma Carrier, is an Individual who resides in Crosby, TX.
cxvii. Plaintiff, Fredrick Dwaine Carrin, Sr., is an Individual who resides in Crosby, TX.
cxviii. Plaintiff, Caitlyn Carter, is an Individual who resides in Crosby, TX.
cxix. Plaintiff, Kenneth Carter, is an Individual who resides in Crosby, TX.
cxx. Plaintiff, Jasmine Cartwright, is an Individual who resides in Crosby, TX.
cxxi. Plaintiff, Kiev Cartwright, is an Individual who resides in Crosby, TX.
cxxii. Plaintiff, Khloe Cartwright, is an Individual who resides in Harris County, TX.
cxxiii. Plaintiff, Kimberly Cartwright, is an Individual who resides in Crosby, TX.
cxxiv. Plaintiff, Teleisha Cartwright, is an Individual who resides in Crosby, TX.
cxxv. Plaintiff, Lela Cartwright-Groves, is an Individual who resides in Barrett Station, TX.
cxxvi. Plaintiff, Kristi Cartwright-Palmer, is an Individual who resides in Crosby, TX.
cxxvii. Plaintiff, Hilario Castillo, is an Individual who resides in Crosby, TX.
cxxviii. Plaintiff, Marina Castillo, is an Individual who resides in Crosby, TX.
cxxix. Plaintiff, Arlon Cauthen, is an Individual who resides in Crosby, TX.
cxxx. Plaintiff, Darren Cauthen, is an Individual who resides in Crosby, TX.
cxxxi. Plaintiff, Dorothy Cauthen, is an Individual who resides in Crosby, TX.
cxxxii. Plaintiff, Israel Cazares, is an Individual who resides in Crosby, TX.
cxxxiii. Plaintiff, Jose Cazares, is an Individual who resides in Crosby, TX.
cxxxiv. Plaintiff, Alexander Cazares, is an Individual who resides in Crosby, TX.
cxxxv. Plaintiff, Sophia Cazares, is an Individual who resides in Crosby, TX.
cxxxvi. Plaintiff, Sueann Cazares, is an Individual who resides in Crosby, TX.
cxxxvii. Plaintiff, Taylor Chambers, is an Individual who resides in Harris County, TX.
cxxxviii. Plaintiff, Tiffany Chatmon, is an Individual who resides in Crosby, TX.
cxxxix. Plaintiff, Michael Chenevert, is an Individual who resides in Crosby, TX.
cxl. Plaintiff, Raymond Chenevert, is an Individual who resides in Crosby, TX.
cxli. Plaintiff, Doris Chenevert, is an Individual who resides in Crosby, TX.
cxlii. Plaintiff, Mona Clark, is an Individual who resides in Baytown, TX.
cxliii. Plaintiff, Pamela Cochran, is an Individual who resides in Crosby, TX.
cxliv. Plaintiff, Ariane Coler, is an Individual who resides in Humble, TX.

cxlv. Plaintiff, Anitria Collette, is an Individual who resides in Crosby, TX.
cxlvi. Plaintiff, Henry Collette, is an Individual who resides in Crosby, TX.
cxlvii. Plaintiff, Kahmayia Conner, is an Individual who resides in Crosby, TX.
cxlviii. Plaintiff, Latishe Criner, is an Individual who resides in Crosby, TX.
cxlix. Plaintiff, Myrtle Crowley, is an Individual who resides in Jacksonville, FL.
cl. Plaintiff, Zack Crummel, is an Individual who resides in Crosby, TX.
cli. Plaintiff, Caitlin Cuccerra, is an Individual who resides in Crosby, TX.
clii. Plaintiff, Cody Curette, is an Individual who resides in Crosby, TX.
cliii. Plaintiff, Joseph Curette, is an Individual who resides in Crosby, TX.
cliv. Plaintiff, Cenobia Curette, is an Individual who resides in Crosby, TX.
clv. Plaintiff, Shirley Curette, is an Individual who resides in Crosby, TX.
clvi. Plaintiff, Mattie Curtis, an Individual, on behalf of herself and her deceased mother Doris Baldwin, who resides in Crosby, TX.
clvii. Plaintiff, Tsch'Vahn Curtis, is an Individual who resides in Crosby, TX.
clviii. Plaintiff, McKenzee Czerwonka, is an Individual who resides in Crosby, TX.
clix. Plaintiff, Sheila Czerwonka, is an Individual who resides in Crosby, TX.
clx. Plaintiff, Eritis Dangerfield, is an Individual who resides in Crosby, TX.
clxi. Plaintiff, Brian Darjean, is an Individual who resides in Baytown, TX.
clxii. Plaintiff, Carrie Darjean, is an Individual who resides in Baytown, TX.
clxiii. Plaintiff, Clinton Davis, is an Individual who resides in Crosby, TX.
clxiv. Plaintiff, Gove Davis, is an Individual who resides in Crosby, TX.
clxv. Plaintiff, Richard Davis, is an Individual who resides in Crosby, TX.
clxvi. Plaintiff, Lyndia Davis, is an Individual who resides in Crosby, TX.
clxvii. Plaintiff, Lyndia Davis, is an Individual who resides in Crosby, TX.
clxviii. Plaintiff, Martha Davis, is an Individual who resides in Crosby, TX.
clxix. Plaintiff, Peggy Davis, is an Individual who resides in Crosby, TX.
clxx. Plaintiff, Elfega De Aburto, is an Individual who resides in Crosby, TX.
clxxi. Plaintiff, Lester DeBose, is an Individual who resides in Crosby, TX.
clxxii. Plaintiff, Shelia DeBose, is an Individual who resides in Crosby, TX.
clxxiii. Plaintiff, Edward Dees, is an Individual who resides in Crosby, TX.
clxxiv. Plaintiff, Donna Dees, is an Individual who resides in Crosby, TX.
clxxv. Plaintiff, Judith Delossantos, is an Individual who resides in Houston, TX.
clxxvi. Plaintiff, Lena Dibbles, is an Individual who resides in Crosby, TX.
clxxvii. Plaintiff, Charles Dixon, is an Individual who resides in Crosby, TX.
clxxviii. Plaintiff, Claude Dixon, is an Individual who resides in Crosby, TX.
clxxix. Plaintiff, Tarsha Dixon, is an Individual who resides in Crosby, TX.
clxxx. Plaintiff, Charnell Dixon, is an Individual who resides in Crosby, TX.
clxxxi. Plaintiff, Tarsha Dixon, is an Individual who resides in Crosby, TX.
clxxxii. Plaintiff, Skye Dixon, is an Individual who resides in Crosby, TX.
clxxxiii. Plaintiff, Vergie Dixon, is an Individual who resides in Crosby, TX.
clxxxiv. Plaintiff, Betty Driver, is an Individual who resides in Crosby, TX.

clxxxv. Plaintiff, Priscilla Duffy, is an Individual who resides in Crosby, TX.
clxxxvi. Plaintiff, Horace J. Duffy, is an Individual who resides in Barrett Station, TX.
clxxxvii. Plaintiff, Terrance Eagleton, is an Individual who resides in Crosby, TX.
clxxxviii. Plaintiff, Andre Eagleton, is an Individual who resides in Crosby, TX.
clxxxix. Plaintiff, Erik Eagleton, is an Individual who resides in Crosby, TX.
cxc. Plaintiff, Wilbert Eagleton, is an Individual who resides in Crosby, TX.
cxci. Plaintiff, Sherry Eagleton, is an Individual who resides in Crosby, TX.
cxcii. Plaintiff, Clotiel Eagleton, is an Individual who resides in Crosby, TX.
cxciii. Plaintiff, Gertrude Eagleton, is an Individual who resides in Crosby, TX.
cxciv. Plaintiff, Terrance Eagleton, is an Individual who resides in Crosby, TX.
cxcv. Plaintiff, Leroy Ecby, is an Individual who resides in Richmond, TX.
cxcvi. Plaintiff, Errol Ecby, is an Individual who resides in Angleton, TX.
cxcvii. Plaintiff, Vincent Edwards, is an Individual who resides in Crosby, TX.
cxcviii. Plaintiff, Lisa Ellis, is an Individual who resides in Crosby, TX.
cxcix. Plaintiff, Larry Ellzey, is an Individual who resides in Crosby, TX.
cc. Plaintiff, Mark Ellzey, is an Individual who resides in Crosby, TX.
cci. Plaintiff, Mary Ellzey, is an Individual who resides in Crosby, TX.
ccii. Plaintiff, Clayton Elwood, is an Individual who resides in Crosby, TX.
cciii. Plaintiff, Kedy Enabulele, is an Individual who resides in Crosby, TX.
cciv. Plaintiff, JoAnn Enabulele, is an Individual who resides in Crosby, TX.
ccv. Plaintiff, Mary Jane Enabulele, is an Individual who resides in Crosby, TX.
ccvi. Plaintiff, Apryl Erwin, is an Individual who resides in Crosby, TX.
ccvii. Plaintiff, Edwin Feliciano, is an Individual who resides in Waterbury, CT.
ccviii. Plaintiff, Whitnye Finnels, is an Individual who resides in Crosby, TX.
ccix.
ccx. Plaintiff, Deborah Florus, is an Individual who resides in Crosby, TX.
ccxi. Plaintiff, Gerald Flournoy, is an Individual who resides in Crosby, TX.
ccxii. Plaintiff, Karen Fondel, is an Individual who resides in Crosby, TX.
ccxiii. Plaintiff, Maryetta Fontenot, is an Individual who resides in Crosby, TX.
ccxiv. Plaintiff, Alvin Forcha, is an Individual who resides in Crosby, TX.
ccxv. Plaintiff, Bryant Forcha, is an Individual who resides in Crosby, TX.
ccxvi. Plaintiff, Clifton Forcha, is an Individual who resides in Crosby, TX.
ccxvii. Plaintiff, Gloria Forcha, is an Individual who resides in Crosby, TX.
ccxviii. Plaintiff, Shelia Ford, is an Individual who resides in Crosby, TX.
ccxix. Plaintiff, Thelma Ford, is an Individual who resides in Crosby, TX.
ccxx. Plaintiff, Gavin Fox, is an Individual who resides in Crosby, TX.
ccxxi. Plaintiff, Rusti Fox, is an Individual who resides in Crosby, TX.
ccxxii. Plaintiff, Eddie Francois, is an Individual who resides in Lake Charles, LA.
ccxxiii. Plaintiff, Chequierrca Frank, is an Individual who resides in Crosby, TX.
ccxxiv. Plaintiff, Derrick D Frank, is an Individual who resides in Crosby, TX.
ccxxv. Plaintiff, Antoine Frank, is an Individual who resides in Crosby, TX.

ccxxvi. Plaintiff, Antoine Frank, is an Individual who resides in Crosby, TX.
ccxxvii. Plaintiff, Jezyrie Frank, is an Individual who resides in Crosby, TX.
ccxxviii. Plaintiff, Sharissa Frank, is an Individual who resides in Crosby, TX.
ccxxix. Plaintiff, Armani Frank, is an Individual who resides in Crosby, TX.
ccxxx. Plaintiff, Ollie Charlette Frank, is an Individual who resides in Crosby, TX.
ccxxxi. Plaintiff, Richard Lee Frank, is an Individual who resides in Crosby, TX.
ccxxxii. Plaintiff, Stacey Frank, is an Individual who resides in Crosby, TX.
ccxxxiii. Plaintiff, Amanda Frank, is an Individual who resides in Crosby, TX.
ccxxxiv. Plaintiff, Linda Frank, is an Individual who resides in Crosby, TX.
ccxxxv. Plaintiff, Stephanie Frank, is an Individual who resides in Crosby, TX.
ccxxxvi. Plaintiff, Tandeka Frank, is an Individual who resides in Crosby, TX.
ccxxxvii. Plaintiff, Taylor Frank, is an Individual who resides in Crosby, TX.
ccxxxviii. Plaintiff, Demond Frank, is an Individual who resides in Crosby, TX.
ccxxxix. Plaintiff, Lee Franklin, is an Individual who resides in Crosby, TX.
ccxl. Plaintiff, Shirley Franklin, is an Individual who resides in Crosby, TX.
ccxli. Plaintiff, Algerae Franks, is an Individual who resides in Crosby, TX.
ccxlii. Plaintiff, Joel Frazier, is an Individual who resides in Crosby, TX.
ccxliii. Plaintiff, Mildred Freddie, is an Individual who resides in Crosby, TX.
ccxliv. Plaintiff, Brandy Freeman, is an Individual who resides in Crosby, TX.
ccxlv. Plaintiff, Deidra Freeman, is an Individual who resides in Crosby, TX.
ccxlvi. Plaintiff, Krystle Freeman, is an Individual who resides in Crosby, TX.
ccxlvii. Plaintiff, Cassie Funderburk, is an Individual who resides in Crosby, TX.
ccxlviii. Plaintiff, Casen Fussell, is an Individual who resides in Crosby, TX.
ccxlix. Plaintiff, Spencer Fussell, is an Individual who resides in Crosby, TX.
ccl. Plaintiff, Triniti Fussell, is an Individual who resides in Crosby, TX.
ccli. Plaintiff, Ymonica Gallow, is an Individual who resides in Crosby, TX.
cclii. Plaintiff, Myr Garci, is an Individual who resides in Crosby, TX.
ccliii. Plaintiff, Serina Garcia, is an Individual who resides in Houston, TX.
ccliv. Plaintiff, Gilberto Garcia, is an Individual who resides in Houston, TX.
cclv. Plaintiff, Jamendric Garrett, is an Individual who resides in Crosby, TX.
cclvi. Plaintiff, Alfredo Garza, is an Individual who resides in Crosby, TX.
cclvii. Plaintiff, Alfredo Garza, is an Individual who resides in Crosby, TX.
cclviii. Plaintiff, Isaac Garza, is an Individual who resides in Crosby, TX.
cclix. Plaintiff, J. Guadalupe Garza, is an Individual who resides in Crosby, TX.
cclx. Plaintiff, Maria Garza, is an Individual who resides in Crosby, TX.
cclxi. Plaintiff, Merari Garza, is an Individual who resides in Crosby, TX.
cclxii. Plaintiff, Rafaela Garza, is an Individual who resides in Crosby, TX.
cclxiii. Plaintiff, Alani George, is an Individual who resides in Clearwater, FL.
cclxiv. Plaintiff, Aniya George, is an Individual who resides in Clearwater, FL.
cclxv. Plaintiff, Isaac George, is an Individual who resides in Clearwater, FL.
cclxvi. Plaintiff, Matthew George, is an Individual who resides in Clearwater, FL.

cclxvii. Plaintiff, Terrell Gilbert, is an Individual who resides in Crosby, TX.
cclxviii. Plaintiff, Wendy Gilbert, is an Individual who resides in Crosby, TX.
cclxix. Plaintiff, Steve Giller, is an Individual who resides in Montgomery, TX.
cclxx. Plaintiff, Julie Gilley, is an Individual who resides in Highlands, TX.
cclxxi. Plaintiff, Frederick Gillum, is an Individual who resides in Highlands, TX.
cclxxii. Plaintiff, Stevie Gillum, is an Individual who resides in Highlands, TX.
cclxxiii. Plaintiff, David Gleaton, is an Individual who resides in Crosby, TX.
cclxxiv. Plaintiff, Clarence Godfrey, is an Individual who resides in Crosby, TX.
cclxxv. Plaintiff, Carol Godfrey, is an Individual who resides in Crosby, TX.
cclxxvi. Plaintiff, Elancyian Parez Gonzales, is an Individual who resides in Crosby, TX.
cclxxvii. Plaintiff, George Gorman, is an Individual who resides in Crosby, TX.
cclxxviii. Plaintiff, James Gradney, is an Individual who resides in Crosby, TX.
cclxxix. Plaintiff, Rosie Gradney, is an Individual who resides in Crosby, TX.
cclxxx. Plaintiff, Bret Grant, is an Individual who resides in Dayton, TX.
cclxxxi. Plaintiff, Victor Grantham, is an Individual who resides in Crosby, TX.
cclxxxii. Plaintiff, Tina Grantham, is an Individual who resides in Crosby, TX.
cclxxxiii. Plaintiff, Maxine Gray, is an Individual who resides in Crosby, TX.
cclxxxiv. Plaintiff, Geneva Green, is an Individual who resides in Crosby, TX.
cclxxxv. Plaintiff, Rashonda Green, is an Individual who resides in Crosby, TX.
cclxxxvi. Plaintiff, Carolyn Gregory, is an Individual who resides in Crosby, TX.
cclxxxvii. Plaintiff, Mark Greiner, is an Individual who resides in Crosby, TX.
cclxxxviii. Plaintiff, Adrian Griffin, is an Individual who resides in Crosby, TX.
cclxxxix. Plaintiff, James Griffin, is an Individual who resides in Crosby, TX.
ccxc. Plaintiff, Allen Griffith, is an Individual who resides in Crosby, TX.
ccxci. Plaintiff, Lizzie Griffith, is an Individual who resides in Crosby, TX.
ccxcii. Plaintiff, Daisy Guerra, is an Individual who resides in Houston, TX.
ccxciii. Plaintiff, Jose Guerra, is an Individual who resides in Houston, TX.
ccxciv. Plaintiff, Myrthala Guerra, is an Individual who resides in Houston, TX.
ccxcv. Plaintiff, Rene Guerra, is an Individual who resides in Houston, TX.
ccxcvi. Plaintiff, Elizabeth Guillory, is an Individual who resides in Crosby, TX.
ccxcvii. Plaintiff, Ali Guy, is an Individual who resides in Crosby, TX.
ccxcviii. Plaintiff, Daniel Hall, is an Individual who resides in Crosby, TX.
ccxcix. Plaintiff, Larry Hall, is an Individual who resides in Crosby, TX.
ccc. Plaintiff, Stephon Hall, is an Individual who resides in Crosby, TX.
ccci. Plaintiff, Rozora Hall, is an Individual who resides in Crosby, TX.
cccii. Plaintiff, Alec Hamilton, is an Individual who resides in Harris County, TX.
ccciii. Plaintiff, Jerry Hamilton, is an Individual who resides in Crosby, TX.
ccciv. Plaintiff, William Hamilton, is an Individual who resides in Dayton, TX.
cccv. Plaintiff, Idanes Hamilton, is an Individual who resides in Crosby, TX.
cccvi. Plaintiff, Peggie J. Harris, is an Individual who resides in Crosby, TX.
cccvii. Plaintiff, Lakeisha Harrison, is an Individual who resides in Crosby, TX.

cccviii. Plaintiff, Jacob Hay, is an Individual who resides in Crosby, TX.
cccix. Plaintiff, Tena Hay, is an Individual who resides in Crosby, TX.
cccx. Plaintiff, Chyna Hazley, is an Individual who resides in Crosby, TX.
cccxi. Plaintiff, Alonzo Hazley, is an Individual who resides in Crosby, TX.
cccxii. Plaintiff, Karen Heaton, is an Individual who resides in Crosby, TX.
cccxiii. Plaintiff, Kent Heifner, is an Individual who resides in Dayton, TX.
cccxiv. Plaintiff, Tonda Heifner, is an Individual who resides in Dayton, TX.
cccxv. Plaintiff, Raynard Henry, is an Individual who resides in Crosby, TX.
cccxvi. Plaintiff, Brianna Henry, is an Individual who resides in Crosby, TX.
cccxvii. Plaintiff, Raynia Henry, is an Individual who resides in Crosby, TX.
cccxviii. Plaintiff, Danny Herbert, is an Individual who resides in Crosby, TX.
cccxix. Plaintiff, Jeremy Hester, is an Individual who resides in Crosby, TX.
cccxx. Plaintiff, Charles Hickombottom, is an Individual who resides in Crosby, TX.
cccxxi. Plaintiff, Stephanie Hickombotton, is an Individual who resides in Crosby, TX.
cccxxii. Plaintiff, Nicholas Hicks, is an Individual who resides in Crosby, TX.
cccxxiii. Plaintiff, Teresa Hicks, is an Individual who resides in Crosby, TX.
cccxxiv. Plaintiff, Betty Hildreth, is an Individual who resides in Crosby, TX.
cccxxv. Plaintiff, Joe Hill, is an Individual who resides in Crosby, TX.
cccxxvi. Plaintiff, Jacquelyn Hobbs, is an Individual who resides in Crosby, TX.
cccxxvii. Plaintiff, Bobbie Hobbs, is an Individual who resides in Crosby, TX.
cccxxviii. Plaintiff, Willie Hollins, is an Individual who resides in Crosby, TX.
cccxxix. Plaintiff, Savanna Holman, is an Individual who resides in Crosby, TX.
cccxxx. Plaintiff, Kendra Houck, is an Individual who resides in Crosby, TX.
cccxxxi. Plaintiff, DuJuan Hubbit, is an Individual who resides in Baytown, TX.
cccxxxii. Plaintiff, April Hubbit, is an Individual who resides in Baytown, TX.
cccxxxiii. Plaintiff, Albert Huff, is an Individual who resides in Humble, TX.
cccxxxiv. Plaintiff, Sandra Hulquist, is an Individual who resides in Houston, TX.
cccxxxv. Plaintiff, Jerri Hunter, is an Individual who resides in Crosby, TX.
cccxxxvi. Plaintiff, Anthony Jackson, is an Individual who resides in Crosby, TX.
cccxxxvii. Plaintiff, Keisha Jackson, is an Individual who resides in Crosby, TX.
cccxxxviii. Plaintiff, Rosa Jackson, is an Individual who resides in Crosby, TX.
cccxxxix. Plaintiff, Hattie Jackson-Pugh, is an Individual who resides in Crosby, TX.
cccxl. Plaintiff, Steven James, is an Individual who resides in Crosby, TX.
cccxli. Plaintiff, Donna James, is an Individual who resides in Crosby, TX.
cccxlii. Plaintiff, Terrence L. Jelks, is an Individual who resides in Channelview, TX.
cccxliii. Plaintiff, Mark Jno-Finn, is an Individual who resides in Crosby, TX.
cccxliv. Plaintiff, Karson Johnson, is an Individual who resides in Crosby, TX.
cccxlv. Plaintiff, Ernest Johnson, is an Individual who resides in Crosby, TX.
cccxlvi. Plaintiff, Angela Johnson, is an Individual who resides in Crosby, TX.
cccxlvii. Plaintiff, Tanisha Johnson, is an Individual who resides in Brenham, TX.
cccxlviii. Plaintiff, Retha Jones, is an Individual who resides in Crosby, TX.

cccxlix. Plaintiff, Brittany Jordan, is an Individual who resides in Crosby, TX.
cccl. Plaintiff, Cazares, Jr. Jose L, is an Individual who resides in Crosby, TX.
cccli. Plaintiff, Esteban Juarez, is an Individual who resides in Crosby, TX.
ccclii. Plaintiff, Isabel Juarez, is an Individual who resides in Crosby, TX.
cccliii. Plaintiff, Dwight Judge, is an Individual who resides in Crosby, TX.
cccliv. Plaintiff, John Judge, is an Individual who resides in Crosby, TX.
ccclv. Plaintiff, Irma Judge, is an Individual who resides in Crosby, TX.
ccclvi. Plaintiff, Nashella Judge, is an Individual who resides in Crosby, TX.
ccclvii. Plaintiff, Violet Judge, is an Individual who resides in Crosby, TX.
ccclviii. Plaintiff, Christopher Kelsoe, is an Individual who resides in Crosby, TX.
ccclix. Plaintiff, David King, is an Individual who resides in Crosby, TX.
ccclx. Plaintiff, Karen King, is an Individual who resides in Crosby, TX.
ccclxi. Plaintiff, Roosevelt Knoxson, is an Individual who resides in Crosby, TX.
ccclxii. Plaintiff, Margie Knoxson, is an Individual who resides in Crosby, TX.
ccclxiii. Plaintiff, Kenadi LaCour, is an Individual who resides in Crosby, TX.
ccclxiv. Plaintiff, Jonas LaCour, is an Individual who resides in Crosby, TX.
ccclxv. Plaintiff, Carol LaCour, is an Individual who resides in Crosby, TX.
ccclxvi. Plaintiff, Janae LaCour, is an Individual who resides in Crosby, TX.
ccclxvii. Plaintiff, McClellan LaDay, is an Individual who resides in Baytown, TX.
ccclxviii. Plaintiff, Charles LaDay, is an Individual who resides in Baytown, TX.
ccclxix. Plaintiff, Gary LaDay, is an Individual who resides in Crosby, TX.
ccclxx. Plaintiff, Norma LaDay, is an Individual who resides in Baytown, TX.
ccclxxi. Plaintiff, Robert LaFrance, is an Individual who resides in Pasadena, TX.
ccclxxii. Plaintiff, Jose Landeros Rodriguez, is an Individual who resides in Crosby, TX.
ccclxxiii. Plaintiff, Evelyn Landeros, is an Individual who resides in Crosby, TX.
ccclxxiv. Plaintiff, Natalie Landeros, is an Individual who resides in Crosby, TX.
ccclxxv. Plaintiff, Yadira Landeros, is an Individual who resides in Crosby, TX.
ccclxxvi. Plaintiff, Eulalio Landeros, is an Individual who resides in Crosby, TX.
ccclxxvii. Plaintiff, Sofia Landeros, is an Individual who resides in Crosby, TX.
ccclxxviii. Plaintiff, Ashley Landeros, is an Individual who resides in Crosby, TX.
ccclxxix. Plaintiff, Marion Lavan, is an Individual who resides in Crosby, TX.
ccclxxx. Plaintiff, Patricia Lavan, is an Individual who resides in Crosby, TX.
ccclxxxi. Plaintiff, Patricia Lavan, is an Individual who resides in Crosby, TX.
ccclxxxii. Plaintiff, Vanessa Lavan, is an Individual who resides in Crosby, TX.
ccclxxxiii. Plaintiff, Marion Lavan, is an Individual who resides in Crosby, TX.
ccclxxxiv. Plaintiff, Alan Leal, is an Individual who resides in Crosby, TX.
ccclxxxv. Plaintiff, Alberto Leal, is an Individual who resides in Crosby, TX.
ccclxxxvi. Plaintiff, Diego Leal, is an Individual who resides in Crosby, TX.
ccclxxxvii. Plaintiff, Olga Leal, is an Individual who resides in Crosby, TX.
ccclxxxviii. Plaintiff, Billy Lee, is an Individual who resides in Crosby, TX.
ccclxxxix. Plaintiff, Colby Leonard, is an Individual who resides in Crosby, TX.

cccxc. Plaintiff, Charles Leonard, is an Individual who resides in Crosby, TX.
cccxci. Plaintiff, Melissa Leonard, is an Individual who resides in Crosby, TX.
cccxcii. Plaintiff, Donald Lewis, is an Individual who resides in Crosby, TX.
cccxciii. Plaintiff, Richard Lewis, is an Individual who resides in Crosby, TX.
cccxciv. Plaintiff, Vanessa Lewis, is an Individual who resides in Crosby, TX.
cccxcv. Plaintiff, Romarrya Lister, is an Individual who resides in Crosby, TX.
cccxcvi. Plaintiff, Jerome Lockett, is an Individual who resides in Crosby, TX.
cccxcvii. Plaintiff, Cynthia Lockett, is an Individual who resides in Crosby, TX.
cccxcviii. Plaintiff, Mamie Lockett, is an Individual who resides in Crosby, TX.
cccxcix. Plaintiff, Jayveyon Longmire, is an Individual who resides in Crosby, TX.
cd. Plaintiff, Lucia Lopez, is an Individual who resides in Crosby, TX.
cdi. Plaintiff, Martha Lopez, is an Individual who resides in Crosby, TX.
cdii. Plaintiff, Stephanie Lopez, is an Individual who resides in Crosby, TX.
cdiii. Plaintiff, Christina Luna, is an Individual who resides in Houston, TX.
cdiv. Plaintiff, Maria Luna, is an Individual who resides in Houston, TX.
cdv. Plaintiff, Dustin Luten, is an Individual who resides in Crosby, TX.
cdvi. Plaintiff, Haylee Luten, is an Individual who resides in Houston, TX.
cdvii. Plaintiff, Laylin Luten, is an Individual who resides in Crosby, TX.
cdviii. Plaintiff, Nicole Luten, is an Individual who resides in Houston, TX.
cdix. Plaintiff, Yvonne Majeski, is an Individual who resides in Crosby, TX.
cdx. Plaintiff, Torreia Malone, is an Individual who resides in Crosby, TX.
cdxi. Plaintiff, Leroy Malveaux, is an Individual who resides in Crosby, TX.
cdxii. Plaintiff, Lionel Malveaux, is an Individual who resides in Crosby, TX.
cdxiii. Plaintiff, Bertha Malveaux, is an Individual who resides in Crosby, TX.
cdxiv. Plaintiff, Jacqueline Malveaux, is an Individual who resides in Crosby, TX.
cdxv. Plaintiff, Mark Mangum, is an Individual who resides in Crosby, TX.
cdxvi. Plaintiff, Donna Mangum, is an Individual who resides in Crosby, TX.
cdxvii. Plaintiff, Doug Martin, is an Individual who resides in Crosby, TX.
cdxviii. Plaintiff, Antonio Martinez, is an Individual who resides in Crosby, TX.
cdxix. Plaintiff, Michael Mathis, is an Individual who resides in Crosby, TX.
cdxx. Plaintiff, Chloye Matthews, is an Individual who resides in Crosby, TX.
cdxxi. Plaintiff, Robert Matthews, is an Individual who resides in Crosby, TX.
cdxxii. Plaintiff, Troy Matthews, is an Individual who resides in Crosby, TX.
cdxxiii. Plaintiff, Cassie Matthews, is an Individual who resides in Crosby, TX.
cdxxiv. Plaintiff, Latoya Matthews, is an Individual who resides in Dayton, TX.
cdxxv. Plaintiff, Wanda Matthews, is an Individual who resides in Crosby, TX.
cdxxvi. Plaintiff, Tracey Matthews, is an Individual who resides in Crosby, TX.
cdxxvii. Plaintiff, David May, is an Individual who resides in Crosby, TX.
cdxxviii. Plaintiff, Jessie May, is an Individual who resides in Crosby, TX.
cdxxix. Plaintiff, Demetria May, is an Individual who resides in Crosby, TX.
cdxxx. Plaintiff, Latosha May, is an Individual who resides in Crosby, TX.

cdxxxi. Plaintiff, Stella L. May, is an Individual who resides in Crosby, TX.
cdxxxii. Plaintiff, Eunice McAllister, is an Individual who resides in Crosby, TX.
cdxxxiii. Plaintiff, Willie McCrea, is an Individual who resides in Baytown, TX.
cdxxxiv. Plaintiff, Brilela McCrea, is an Individual who resides in Crosby, TX.
cdxxxv. Plaintiff, David McDowell, is an Individual who resides in Crosby, TX.
cdxxxvi. Plaintiff, Brenda McDowell, is an Individual who resides in Crosby, TX.
cdxxxvii. Plaintiff, Adashey McGee, is an Individual who resides in Crosby, TX.
cdxxxviii. Plaintiff, Nickey McGee, is an Individual who resides in Crosby, TX.
cdxxxix. Plaintiff, Karen McGhee, is an Individual who resides in Humble, TX.
cdxl. Plaintiff, DeShana McNeal, is an Individual who resides in Humble, TX.
cdxli. Plaintiff, Mary Merritt, is an Individual who resides in Crosby, TX.
cdxlii. Plaintiff, Jazmine Mitchell, is an Individual who resides in Crosby, TX.
cdxliii. Plaintiff, Kendall Mitchell, is an Individual who resides in Crosby, TX.
cdxliv. Plaintiff, Zachary Mitchell, is an Individual who resides in Crosby, TX.
cdxlv. Plaintiff, Angela Mitchell, is an Individual who resides in Crosby, TX.
cdxlvi. Plaintiff, Caroline Mitchell, is an Individual who resides in Crosby, TX.
cdxlvii. Plaintiff, Emma Mitchell, is an Individual who resides in Crosby, TX.
cdxlviii. Plaintiff, Jennifer Mitchell, is an Individual who resides in Crosby, TX.
cdxlix. Plaintiff, Laura Mitchell, is an Individual who resides in Crosby, TX.
cdl. Plaintiff, Vickie Mitchell, is an Individual who resides in Crosby, TX.
cdli. Plaintiff, Richeal Mitchell, is an Individual who resides in Crosby, TX.
cdlii. Plaintiff, Eric Moerbe, is an Individual who resides in Crosby, TX.
cdliii. Plaintiff, Sandra Moerbe, is an Individual who resides in Crosby, TX.
cdliv. Plaintiff, Otis Monday, is an Individual who resides in Highlands, TX.
cdlv. Plaintiff, Sandra Monday, is an Individual who resides in Highlands, TX.
cdlvi. Plaintiff, Agustin Montenegro, is an Individual who resides in Crosby, TX.
cdlvii. Plaintiff, Jonah Montgomery, is an Individual who resides in Crosby, TX.
cdlviii. Plaintiff, Jeremy Moody, is an Individual who resides in Crosby, TX.
cdlix. Plaintiff, David Moon, is an Individual who resides in Crosby, TX.
cdlx. Plaintiff, Rebecca Moon, is an Individual who resides in Crosby, TX.
cdlxi. Plaintiff, Diana Demetria Moore, is an Individual who resides in Crosby, TX.
cdlxii. Plaintiff, Dorian Moore, is an Individual who resides in Crosby, TX.
cdlxiii. Plaintiff, Alexia Moore, is an Individual who resides in Crosby, TX.
cdlxiv. Plaintiff, Carl Moore, is an Individual who resides in Houston, TX.
cdlxv. Plaintiff, Cody Moore, is an Individual who resides in Crosby, TX.
cdlxvi. Plaintiff, Landon Moore, is an Individual who resides in Crosby, TX.
cdlxvii. Plaintiff, Debra Moore, is an Individual who resides in Crosby, TX.
cdlxviii. Plaintiff, Diane Moore, is an Individual who resides in Crosby, TX.
cdlxix. Plaintiff, Jeanette Moore, is an Individual who resides in Houston, TX.
cdlxx. Plaintiff, Sonny Morales, is an Individual who resides in Crosby, TX.
cdlxxi. Plaintiff, Kristy Morales, is an Individual who resides in Crosby, TX.

cdlxxii. Plaintiff, Gloria Morgan, is an Individual who resides in Crosby, TX.
cdlxxiii. Plaintiff, Melvin Morrow, is an Individual who resides in Crosby, TX.
cdlxxiv. Plaintiff, Rotisha Morrow, is an Individual who resides in Crosby, TX.
cdlxxv. Plaintiff, Melvin Morrow, is an Individual who resides in Crosby, TX.
cdlxxvi. Plaintiff, Edwin Murray, is an Individual who resides in Crosby, TX.
cdlxxvii. Plaintiff, Alisia Murray, is an Individual who resides in Crosby, TX.
cdlxxviii. Plaintiff, Gloria Murray, is an Individual who resides in Crosby, TX.
cdlxxix. Plaintiff, Bilii Mustafaa, is an Individual who resides in Crosby, TX.
cdlxxx. Plaintiff, Archie Myles, is an Individual who resides in Crosby, TX.
cdlxxxi. Plaintiff, Marlen Myles, is an Individual who resides in Crosby, TX.
cdlxxxii. Plaintiff, Alysia Myles, is an Individual who resides in Crosby, TX.
cdlxxxiii. Plaintiff, Edward Myles, is an Individual who resides in Crosby, TX.
cdlxxxiv. Plaintiff, Elijah Myles, is an Individual who resides in Crosby, TX.
cdlxxxv. Plaintiff, Frederick Myles, is an Individual who resides in Crosby, TX.
cdlxxxvi. Plaintiff, James Myles, is an Individual who resides in Crosby, TX.
cdlxxxvii. Plaintiff, Audrey Myles, is an Individual who resides in Crosby, TX.
cdlxxxviii. Plaintiff, Cara Myles, is an Individual who resides in Crosby, TX.
cdlxxxix. Plaintiff, Charzetta Myles, is an Individual who resides in Crosby, TX.
cdxc. Plaintiff, Marlishia Myles, is an Individual who resides in Crosby, TX.
cdxci. Plaintiff, Archie Myles, is an Individual who resides in Crosby, TX.
cdxcii. Plaintiff, Elmarie Napoleon, is an Individual who resides in Crosby, TX.
cdxciii. Plaintiff, Dwayne Narcisse, is an Individual who resides in Crosby, TX.
cdxciv. Plaintiff, Wilson Narcisse, is an Individual who resides in Crosby, TX.
cdxcv. Plaintiff, Marie Narcisse, is an Individual who resides in Crosby, TX.
cdxcvi. Plaintiff, Anna Narcisse, is an Individual who resides in Crosby, TX.
cdxcvii. Plaintiff, Cheryl Narcisse, is an Individual who resides in Crosby, TX.
cdxcviii. Plaintiff, Dionne Narcisse, is an Individual who resides in Crosby, TX.
cdxcix. Plaintiff, Faith Narcisse, is an Individual who resides in Crosby, TX.
d. Plaintiff, Cedriaus Nelson, is an Individual who resides in Baytown, TX.
di. Plaintiff, Anita Nevels, is an Individual who resides in Crosby, TX.
dii. Plaintiff, Leonard Nichols, is an Individual who resides in Crosby, TX.
diii. Plaintiff, Henry Eugene Nichols, is an Individual who resides in Crosby, TX.
div. Plaintiff, Kalvin Nichols, is an Individual who resides in Crosby, TX.
dv. Plaintiff, Marie E Nichols, is an Individual who resides in Crosby, TX.
dvi. Plaintiff, Catherine Nickerson, is an Individual who resides in Crosby, TX.
dvii. Plaintiff, Jacob Noel, is an Individual who resides in Crosby, TX.
dviii. Plaintiff, Lance Norman, is an Individual who resides in Crosby, TX.
dix. Plaintiff, Glenda Norman, is an Individual who resides in Crosby, TX.
dx. Plaintiff, Madelina Norman, is an Individual who resides in Crosby, TX.
dxi. Plaintiff, Donald Onnen, is an Individual who resides in Crosby, TX.
dxii. Plaintiff, Buffy Onnen, is an Individual who resides in Crosby, TX.

dxiii. Plaintiff, Jesse Owen, is an Individual who resides in Crosby, TX.
dxiv. Plaintiff, Janis Owen, is an Individual who resides in Crosby, TX.
dxv. Plaintiff, Maurice Palmer, is an Individual who resides in Crosby, TX.
dxvi. Plaintiff, Billy Parisher, is an Individual who resides in Crosby, TX.
dxvii. Plaintiff, Denise Parisher, is an Individual who resides in Crosby, TX.
dxviii. Plaintiff, Carson Parker, is an Individual who resides in Crosby, TX.
dxix. Plaintiff, Camari Parker, is an Individual who resides in Crosby, TX.
dxx. Plaintiff, Casey Parker, is an Individual who resides in Crosby, TX.
dxxi. Plaintiff, Stephanie Paul, is an Individual who resides in Crosby, TX.
dxxii. Plaintiff, Eliana Peck, is an Individual who resides in Crosby, TX.
dxxiii. Plaintiff, Homer Pendleton, is an Individual who resides in Crosby, TX.
dxxiv. Plaintiff, Jeanette Pendleton, is an Individual who resides in Crosby, TX.
dxxv. Plaintiff, Jose Peraza, is an Individual who resides in Crosby, TX.
dxxvi. Plaintiff, Howard Phelps, is an Individual who resides in Crosby, TX.
dxxvii. Plaintiff, Kelly Phelps, is an Individual who resides in Crosby, TX.
dxxviii. Plaintiff, James Phillips, is an Individual who resides in Crosby, TX.
dxxix. Plaintiff, Richmond Phillips, is an Individual who resides in Crosby, TX.
dxxx. Plaintiff, Alberta Phillips, is an Individual who resides in Crosby, TX.
dxxxi. Plaintiff, Kathra Phillips, is an Individual who resides in Crosby, TX.
dxxxii. Plaintiff, Alier Pickering, is an Individual who resides in Crosby, TX.
dxxxiii. Plaintiff, Randy Plair, is an Individual who resides in Crosby, TX.
dxxxiv. Plaintiff, Crescentia Plair, is an Individual who resides in Crosby, TX.
dxxxv. Plaintiff, Wervlan Pleasent, is an Individual who resides in Crosby, TX.
dxxxvi. Plaintiff, Lester Poulard, is an Individual who resides in Highlands, TX.
dxxxvii. Plaintiff, Mary Poulard, is an Individual who resides in Highlands, TX.
dxxxviii. Plaintiff, Tadasha Punch, is an Individual who resides in Crosby, TX.
dxxxix. Plaintiff, Wayne Rabotte, is an Individual who resides in Crosby, TX.
dxl. Plaintiff, Sandra Rabotte, is an Individual who resides in Crosby, TX.
dxli. Plaintiff, Daisy Ramos, is an Individual who resides in Crosby, TX.
dxlii. Plaintiff, Gerardo Ramos, is an Individual who resides in Crosby, TX.
dxliii. Plaintiff, Ramiro Ramos, is an Individual who resides in Crosby, TX.
dxliv. Plaintiff, Ramiro Ramos, is an Individual who resides in Crosby, TX.
dxlv. Plaintiff, Karina Ramos, is an Individual who resides in Crosby, TX.
dxlvi. Plaintiff, Shirley Randle, is an Individual who resides in Crosby, TX.
dxlvii. Plaintiff, Taneisha Randolph, is an Individual who resides in Crosby, TX.
dxlviii. Plaintiff, Frank Rangel, is an Individual who resides in Crosby, TX.
dxlix. Plaintiff, Frank Rangel, is an Individual who resides in Crosby, TX.
dl. Plaintiff, Frank Rangel, is an Individual who resides in Crosby, TX.
dli. Plaintiff, William Rangel, is an Individual who resides in Crosby, TX.
dlii. Plaintiff, Emma Rangel, is an Individual who resides in Crosby, TX.
dliii. Plaintiff, Monica Rayzola, is an Individual who resides in Dayton, TX.

dliv. Plaintiff, Juanita Rector, is an Individual who resides in Crosby, TX.
dlv. Plaintiff, James Reed, is an Individual who resides in Crosby, TX.
dlvi. Plaintiff, Albert Reed, is an Individual who resides in Crosby, TX.
dlvii. Plaintiff, John Reed, is an Individual who resides in Barrett Station, TX.
dlviii. Plaintiff, Monae Reed, is an Individual who resides in Crosby, TX.
dlix. Plaintiff, Patricia Reed, is an Individual who resides in Crosby, TX.
dlx. Plaintiff, Katie Reed-Roberson, is an Individual who resides in Crosby, TX.
dlxi. Plaintiff, Avis Reescano, is an Individual who resides in Highlands, TX.
dlxii. Plaintiff, Chester Reescano, is an Individual who resides in Highlands, TX.
dlxiii. Plaintiff, Angel Reynoso, is an Individual who resides in Crosby, TX.
dlxiv. Plaintiff, Isaias Reynoso, is an Individual who resides in Crosby, TX.
dlxv. Plaintiff, Juan Diego Reynoso, is an Individual who resides in Crosby, TX.
dlxvi. Plaintiff, Pedro Reynoso, is an Individual who resides in Crosby, TX.
dlxvii. Plaintiff, Joyce Rhone, is an Individual who resides in Crosby, TX.
dlxviii. Plaintiff, Isaiah Richard, is an Individual who resides in Crosby, TX.
dlxix. Plaintiff, Paul Richard, is an Individual who resides in Crosby, TX.
dlxx. Plaintiff, Delonda Richard, is an Individual who resides in Crosby, TX.
dlxxi. Plaintiff, LeShonda Richard, is an Individual who resides in Crosby, TX.
dlxxii. Plaintiff, Tyrek Richard, is an Individual who resides in Crosby, TX.
dlxxiii. Plaintiff, MacKenzie Richardson, is an Individual who resides in Crosby, TX.
dlxxiv. Plaintiff, Brandon Richardson, is an Individual who resides in Crosby, TX.
dlxxv. Plaintiff, James Richardson, is an Individual who resides in Crosby, TX.
dlxxvi. Plaintiff, Deloise Richardson, is an Individual who resides in Crosby, TX.
dlxxvii. Plaintiff, Felicia Richardson, is an Individual who resides in Raleigh, NC.
dlxxviii. Plaintiff, Horace Rideau, is an Individual who resides in Crosby, TX.
dlxxix. Plaintiff, Angela Rideau, is an Individual who resides in Crosby, TX.
dlxxx. Plaintiff, Nia Rideau, is an Individual who resides in Crosby, TX.
dlxxxi. Plaintiff, Zara Riley, is an Individual who resides in Dayton, TX.
dlxxxii. Plaintiff, William Riley, is an Individual who resides in Dayton, TX.
dlxxxiii. Plaintiff, Barbara Riley, is an Individual who resides in Dayton, TX.
dlxxxiv. Plaintiff, Deidre Riley, is an Individual who resides in Dayton, TX.
dlxxxv. Plaintiff, Harvey Roberson, is an Individual who resides in Crosby, TX.
dlxxxvi. Plaintiff, Helen Roberson, is an Individual who resides in Crosby, TX.
dlxxxvii. Plaintiff, Kenny Roberts, is an Individual who resides in Dayton, TX.
dlxxxviii. Plaintiff, Kimbli Roberts, is an Individual who resides in Dayton, TX.
dlxxxix. Plaintiff, Perry Robertson, is an Individual who resides in Houston, TX.
dxc. Plaintiff, Jayce Robinson, is an Individual who resides in Crosby, TX.
dxci. Plaintiff, Jayden Robinson, is an Individual who resides in Crosby, TX.
dxcii. Plaintiff, Jordan Robinson, is an Individual who resides in Crosby, TX.
dxciii. Plaintiff, Kebbien Robinson, is an Individual who resides in Crosby, TX.
dxciv. Plaintiff, Josslynn Robinson, is an Individual who resides in Crosby, TX.

dxcv. Plaintiff, Ervin Robinson, is an Individual who resides in Crosby, TX.
dxcvi. Plaintiff, Irvin Robinson, is an Individual who resides in Crosby, TX.
dxcvii. Plaintiff, Johnathan Robinson, is an Individual who resides in Crosby, TX.
dxcviii. Plaintiff, Jessica Robinson, is an Individual who resides in Crosby, TX.
dxcix. Plaintiff, Latashia Robinson, is an Individual who resides in Crosby, TX.
dc. Plaintiff, Tawana Robinson, is an Individual who resides in Crosby, TX.
dci. Plaintiff, Raymundo Rodriguez, is an Individual who resides in Crosby, TX.
dcii. Plaintiff, Maria Rodriguez, is an Individual who resides in Crosby, TX.
dciii. Plaintiff, David Rogers, is an Individual who resides in Crosby, TX.
dciv. Plaintiff, Donna Rogers, is an Individual who resides in Crosby, TX.
dcv. Plaintiff, Henry Rose, is an Individual who resides in Crosby, TX.
dcvi. Plaintiff, Terriana Ross, is an Individual who resides in Harris County, TX.
dcvii. Plaintiff, Christian Ruiz, is an Individual who resides in Crosby, TX.
dcviii. Plaintiff, Kenneth Ruiz, is an Individual who resides in Crosby, TX.
dcix. Plaintiff, Leilani Russell, is an Individual who resides in Crosby, TX.
dcx. Plaintiff, Doris Russell, is an Individual who resides in La Marque, TX.
dcxi. Plaintiff, Yolanda Salazar, is an Individual who resides in Crosby, TX.
dcxii. Plaintiff, Emanuel Sanchez, is an Individual who resides in Dayton, TX.
dcxiii. Plaintiff, Mario Sanchez, is an Individual who resides in Dayton, TX.
dcxiv. Plaintiff, Miguel Sanchez, is an Individual who resides in Dayton, TX.
dcxv. Plaintiff, Monica Sanchez, is an Individual who resides in Crosby, TX.
dcxvi. Plaintiff, Leticia Sanchez-Reynoso, is an Individual who resides in Crosby, TX.
dcxvii. Plaintiff, Jennifer Schaper, is an Individual who resides in Houston, TX.
dcxviii. Plaintiff, Sharel Scott, is an Individual who resides in Denton, TX.
dcxix. Plaintiff, Michael Sellers, is an Individual who resides in Crosby, TX.
dcxx. Plaintiff, Landon Sellers, is an Individual who resides in Crosby, TX.
dcxxi. Plaintiff, Matthew Sellers, is an Individual who resides in Crosby, TX.
dcxxii. Plaintiff, Nicole Sellers, is an Individual who resides in Crosby, TX.
dcxxiii. Plaintiff, Lane Sellers, is an Individual who resides in Crosby, TX.
dcxxiv. Plaintiff, Armani Sereal, is an Individual who resides in Crosby, TX.
dcxxv. Plaintiff, Ellery Setliff, is an Individual who resides in Crosby, TX.
dcxxvi. Plaintiff, Barbara Setliff, is an Individual who resides in Crosby, TX.
dcxxvii. Plaintiff, Charles Shepherd, is an Individual who resides in Baytown, TX.
dcxxviii. Plaintiff, Ocean Shepherd, is an Individual who resides in Crosby, TX.
dcxxix. Plaintiff, Alfred Sherman, is an Individual who resides in Crosby, TX.
dcxxx. Plaintiff, Angelica Sherman, is an Individual who resides in Crosby, TX.
dcxxxi. Plaintiff, Monique Sherman, is an Individual who resides in Crosby, TX.
dcxxxii. Plaintiff, Henry Sias, is an Individual who resides in Crosby, TX.
dcxxxiii. Plaintiff, Barbara Sidney-Brown, is an Individual who resides in Crosby, TX.
dcxxxiv. Plaintiff, Russell Simien, is an Individual who resides in Crosby, TX.
dcxxxv. Plaintiff, Lorraine Simien, is an Individual who resides in Crosby, TX.

dcxxxvi. Plaintiff, Cynthia Simmons, is an Individual who resides in Crosby, TX.
dcxxxvii. Plaintiff, Lauren Simmons, is an Individual who resides in Crosby, TX.
dcxxxviii. Plaintiff, Clyde Simmons, is an Individual who resides in Crosby, TX.
dcxxxix. Plaintiff, Cydnee Simmons, is an Individual who resides in Crosby, TX.
dcxl. Plaintiff, Doris Singleton, is an Individual who resides in Crosby, TX.
dcxli. Plaintiff, DeShaun Singleton, is an Individual who resides in Crosby, TX.
dcxlii. Plaintiff, Al Singleton, is an Individual who resides in Crosby, TX.
dcxliii. Plaintiff, Brandon Singleton, is an Individual who resides in Crosby, TX.
dcxliv. Plaintiff, Cathy Singleton, is an Individual who resides in Crosby, TX.
dcxlv. Plaintiff, DeShaun Singleton, is an Individual who resides in Crosby, TX.
dcxlvi. Plaintiff, Alice Slaughter, is an Individual who resides in Crosby, TX.
dcxlvii. Plaintiff, Velma Small, is an Individual who resides in Crosby, TX.
dcxlviii. Plaintiff, Aiden Smith, is an Individual who resides in Crosby, TX.
dcxlix. Plaintiff, Cheryl Smith, is an Individual who resides in Pasadena, TX.
dcl. Plaintiff, Harvey Smith, is an Individual who resides in Crosby, TX.
dcli. Plaintiff, Kaylin Smith, is an Individual who resides in Crosby, TX.
dclii. Plaintiff, Kennedi Smith, is an Individual who resides in Crosby, TX.
dcliii. Plaintiff, Elissia Smith, is an Individual who resides in Crosby, TX.
dcliv. Plaintiff, Evelyn Smith, is an Individual who resides in Crosby, TX.
dclv. Plaintiff, Karmen Smith, is an Individual who resides in Crosby, TX.
dclvi. Plaintiff, Tatyana Smith, is an Individual who resides in Crosby, TX.
dclvii. Plaintiff, Dock Smith, is an Individual who resides in Crosby, TX.
dclviii. Plaintiff, Kenneth Smith, is an Individual who resides in Pasadena, TX.
dclix. Plaintiff, Larry Smith, is an Individual who resides in Crosby, TX.
dclx. Plaintiff, Troy Smith, is an Individual who resides in Crosby, TX.
dclxi. Plaintiff, Phalisa Smith, is an Individual who resides in Crosby, TX.
dclxii. Plaintiff, Debra Smith, is an Individual who resides in Crosby, TX.
dclxiii. Plaintiff, Patricia Smith, is an Individual who resides in Highlands, TX.
dclxiv. Plaintiff, Tammie Smith, is an Individual who resides in Crosby, TX.
dclxv. Plaintiff, Tashauna Smith, is an Individual who resides in Crosby, TX.
dclxvi. Plaintiff, Shawn Smith, is an Individual who resides in Crosby, TX.
dclxvii. Plaintiff, Bertha Sowells, is an Individual who resides in Crosby, TX.
dclxviii. Plaintiff, Alfred St. Romain, is an Individual who resides in Crosby, TX.
dclxix. Plaintiff, Martha St. Romain, is an Individual who resides in Crosby, TX.
dclxx. Plaintiff, Roosevelt Stanley, is an Individual who resides in Crosby, TX.
dclxxi. Plaintiff, Angela Stanley, is an Individual who resides in Crosby, TX.
dclxxii. Plaintiff, Janice Stanley, is an Individual who resides in Crosby, TX.
dclxxiii. Plaintiff, Albert Stewart, is an Individual who resides in Crosby, TX.
dclxxiv. Plaintiff, Mark Stewart, is an Individual who resides in Crosby, TX.
dclxxv. Plaintiff, Tramonte' Stewart, is an Individual who resides in Crosby, TX.
dclxxvi. Plaintiff, Pamela Stewart, is an Individual who resides in Channelview, TX.

dclxxvii. Plaintiff, Peter Stoot, is an Individual who resides in Crosby, TX.
dclxxviii. Plaintiff, Jerrylean Stoot, is an Individual who resides in Crosby, TX.
dclxxix. Plaintiff, Viola Stubbs, is an Individual who resides in Crosby, TX.
dclxxx. Plaintiff, James Sweazie, is an Individual who resides in Crosby, TX.
dclxxxi. Plaintiff, Mary Sweazie, is an Individual who resides in Crosby, TX.
dclxxxii. Plaintiff, Sharon Sykes, is an Individual who resides in Crosby, TX.
dclxxxiii. Plaintiff, Madelyn Tanner, is an Individual who resides in Sparta, MO.
dclxxxiv. Plaintiff, Nicholas Tanner, is an Individual who resides in Sparta, MO.
dclxxxv. Plaintiff, Viola Tanner, is an Individual who resides in Houston, TX.
dclxxxvi. Plaintiff, Chancey Taylor, is an Individual who resides in Crosby, TX.
dclxxxvii. Plaintiff, Chuncey Taylor, is an Individual who resides in Crosby, TX.
dclxxxviii. Plaintiff, TaiJanee Taylor, is an Individual who resides in Crosby, TX.
dclxxxix. Plaintiff, Gregory Taylor, is an Individual who resides in Crosby, TX.
dcxc. Plaintiff, Malik Taylor, is an Individual who resides in Crosby, TX.
dcxci. Plaintiff, Shuncey Taylor, is an Individual who resides in Crosby, TX.
dcxcii. Plaintiff, Jeraldine Taylor, is an Individual who resides in Crosby, TX.
dcxciii. Plaintiff, Teresa Taylor, is an Individual who resides in Crosby, TX.
dcxciv. Plaintiff, Henry Terry, is an Individual who resides in Crosby, TX.
dcxcv. Plaintiff, Mary Terry, is an Individual who resides in Crosby, TX.
dcxcvi. Plaintiff, Kyle Tezino, is an Individual who resides in Crosby, TX.
dcxcvii. Plaintiff, Charles Thibodeaux, is an Individual who resides in Crosby, TX.
dcxcviii. Plaintiff, Carol Thomas, is an Individual who resides in Crosby, TX.
dcxcix. Plaintiff, Darryl Thompson, is an Individual who resides in Crosby, TX.
dcc. Plaintiff, Travis Thurston, is an Individual who resides in League City, TX.
dcci. Plaintiff, Monica Thurston, is an Individual who resides in League City, TX.
dccii. Plaintiff, John Torres, is an Individual who resides in Crosby, TX.
dcciii. Plaintiff, Michellie Torres, is an Individual who resides in Crosby, TX.
dcciv. Plaintiff, Gloria Touchet, is an Individual who resides in Crosby, TX.
dccv. Plaintiff, Willis Tullock, is an Individual who resides in Crosby, TX.
dccvi. Plaintiff, Cate Turner, is an Individual who resides in Crosby, TX.
dccvii. Plaintiff, Cole Turner, is an Individual who resides in Crosby, TX.
dccviii. Plaintiff, James Turner, is an Individual who resides in Crosby, TX.
dccix. Plaintiff, Jared Turner, is an Individual who resides in Crosby, TX.
dccx. Plaintiff, Melissa Turner, is an Individual who resides in Crosby, TX.
dccxi. Plaintiff, Dorothy Turner, is an Individual who resides in Crosby, TX.
dccxii. Plaintiff, Madison Turner, is an Individual who resides in Baytown, TX.
dccxiii. Plaintiff, Alexis Valencia, is an Individual who resides in Crosby, TX.
dccxiv. Plaintiff, Yaneire Valencia, is an Individual who resides in Crosby, TX.
dccxv. Plaintiff, Diego Valencia, is an Individual who resides in Crosby, TX.
dccxvi. Plaintiff, Gustavo Valencia, is an Individual who resides in Crosby, TX.
dccxvii. Plaintiff, Soledad Valencia, is an Individual who resides in Crosby, TX.

dccxviii. Plaintiff, Robert Valentine, is an Individual who resides in Crosby, TX.
dccxix. Plaintiff, Cassandra Valentine, is an Individual who resides in Crosby, TX.
dccxx. Plaintiff, Gustavo Velazquez, is an Individual who resides in Crosby, TX.
dccxxi. Plaintiff, Gustavo Velazquez, is an Individual who resides in Crosby, TX.
dccxxii. Plaintiff, Juan Vences, is an Individual who resides in Crosby, TX.
dccxxiii. Plaintiff, Juan Vences, is an Individual who resides in Crosby, TX.
dccxxiv. Plaintiff, Porsha Verrette, is an Individual who resides in Baytown, TX.
dccxxv. Plaintiff, Marquis Verrette-Whitfield, is an Individual who resides in Harris County, TX.
dccxxvi. Plaintiff, Adalberto Villarreal, is an Individual who resides in Houston, TX.
dccxxvii. Plaintiff, Ezequiel Villarreal, is an Individual who resides in Crosby, TX.
dccxxviii. Plaintiff, Irma Villarreal, is an Individual who resides in Houston, TX.
dccxxix. Plaintiff, Martha Lynette Wagner, is an Individual who resides in Crosby, TX.
dccxxx. Plaintiff, Laquisha Walker Cooks, is an Individual who resides in Crosby, TX.
dccxxxi. Plaintiff, Cynitha Walker, is an Individual who resides in Crosby, TX.
dccxxxii. Plaintiff, Erica Walker, is an Individual who resides in Crosby, TX.
dccxxxiii. Plaintiff, Gwendolyn Walker, is an Individual who resides in Crosby, TX.
dccxxxiv. Plaintiff, Jessie Walker, is an Individual who resides in Orange, TX.
dccxxxv. Plaintiff, Lawanda S. Walker, is an Individual who resides in Crosby, TX.
dccxxxvi. Plaintiff, Kenneth Walker, is an Individual who resides in Crosby, TX.
dccxxxvii. Plaintiff, Nichelle Walker, is an Individual who resides in Crosby, TX.
dccxxxviii. Plaintiff, Za'Naisa Walls, is an Individual who resides in Crosby, TX.
dccxxxix. Plaintiff, April Walton, is an Individual who resides in Sparta, MO.
dccxl. Plaintiff, James Warner, is an Individual who resides in Crosby, TX.
dccxli. Plaintiff, Shaena Warner, is an Individual who resides in Alvin, TX.
dccxlii. Plaintiff, Kathy Washington, is an Individual who resides in Crosby, TX.
dccxliii. Plaintiff, Emanuel Wasson, is an Individual who resides in Crosby, TX.
dccxliv. Plaintiff, Nathan Watkins, is an Individual who resides in Crosby, TX.
dccxlv. Plaintiff, Rance West, is an Individual who resides in Crosby, TX.
dccxlvi. Plaintiff, Zackery West, is an Individual who resides in Crosby, TX.
dccxlvii. Plaintiff, Carmelita West, is an Individual who resides in Crosby, TX.
dccxlviii. Plaintiff, Tina West, is an Individual who resides in Crosby, TX.
dccxlix. Plaintiff, Jada West, is an Individual who resides in Crosby, TX.
dccl. Plaintiff, Robin West, is an Individual who resides in Crosby, TX.
dccli. Plaintiff, Sandra West, is an Individual who resides in Crosby, TX.
dcclii. Plaintiff, Ronnie Whatley, is an Individual who resides in Crosby, TX.
dccliii. Plaintiff, Michael Wheeler, is an Individual who resides in Crosby, TX.
dccliv. Plaintiff, Shannan Wheeler, is an Individual who resides in Crosby, TX.
dcclv. Plaintiff, Joyce Wheeler, is an Individual who resides in Dayton, TX.
dcclvi. Plaintiff, Dechaison White, is an Individual who resides in Crosby, TX.
dcclvii. Plaintiff, Melody Williams Moore, is an Individual who resides in Crosby, TX.
dcclviii. Plaintiff, Asiah Williams, is an Individual who resides in Harris County, TX.

dcclix. Plaintiff, Carolyn Marie Williams, is an Individual who resides in Crosby, TX.
dcclx. Plaintiff, Torryn Williams, is an Individual who resides in Crosby, TX.
dcclxi. Plaintiff, Jayden Williams, is an Individual who resides in Crosby, TX.
dcclxii. Plaintiff, Clarence Williams, is an Individual who resides in Crosby, TX.
dcclxiii. Plaintiff, Desmond Williams, is an Individual who resides in Crosby, TX.
dcclxiv. Plaintiff, Lester Williams, is an Individual who resides in Crosby, TX.
dcclxv. Plaintiff, Nathan Williams, is an Individual who resides in Crosby, TX.
dcclxvi. Plaintiff, Raymond Williams, is an Individual who resides in Crosby, TX.
dcclxvii. Plaintiff, Norma Williams, is an Individual who resides in Crosby, TX.
dcclxviii. Plaintiff, Taliesia Williams, is an Individual who resides in Crosby, TX.
dcclxix. Plaintiff, Frances Williams, is an Individual who resides in Crosby, TX.
dcclxx. Plaintiff, Lorraine Williams, is an Individual who resides in Crosby, TX.
dcclxxi. Plaintiff, Roberta Williams, is an Individual who resides in Crosby, TX.
dcclxxii. Plaintiff, Sherita Williamson-Frank, is an Individual who resides in Crosby, TX.
dcclxxiii. Plaintiff, James Willis, is an Individual who resides in Houston, TX.
dcclxxiv. Plaintiff, Beverly Willis, is an Individual who resides in Houston, TX.
dcclxxv. Plaintiff, James Willis, is an Individual who resides in Houston, TX.
dcclxxvi. Plaintiff, Dorian Wilson, is an Individual who resides in Crosby, TX.
dcclxxvii. Plaintiff, Gloria Wilson, is an Individual who resides in Crosby, TX.
dcclxxviii. Plaintiff, Craig Windfont, is an Individual who resides in Baytown, TX.
dcclxxix. Plaintiff, Trent Windfont, is an Individual who resides in Crosby, TX.
dcclxxx. Plaintiff, Tarresha Windfont, is an Individual who resides in Crosby, TX.
dcclxxxi. Plaintiff, Karen Wolcott, is an Individual who resides in Humble, TX.
dcclxxxii. Plaintiff, Brandy Woods, is an Individual who resides in Crosby, TX.
dcclxxxiii. Plaintiff, Victor Yanez, is an Individual who resides in Crosby, TX.
dcclxxxiv. Plaintiff, Marisela Yanez, is an Individual who resides in Crosby, TX.
dcclxxxv. Plaintiff, Cody Yarter, is an Individual who resides in Crosby, TX.
dcclxxxvi. Plaintiff, Clark Yonkman, is an Individual who resides in Crosby, TX.
dcclxxxvii. Plaintiff, John Yonkman, is an Individual who resides in Crosby, TX.
dcclxxxviii. Plaintiff, Thelma Yonkman, is an Individual who resides in Crosby, TX.
dcclxxxix. Plaintiff, Edith Yonkman, is an Individual who resides in Crosby, TX.
dccxc. Plaintiff, Kaitlyn Young, is an Individual who resides in Crosby, TX.
dccxci. Plaintiff, Deidre Young, is an Individual who resides in Pearland, TX.
dccxcii. Plaintiff, Cheryl Zarsky, is an Individual who resides in Crosby, TX.
dccxciii. Plaintiff, Lupita Zuniga, is an Individual who resides in Crosby, TX.

2. Arkema, Inc., Defendant herein, is a Pennsylvania Corporation doing business in the State of Texas. Based upon information and belief, Arkema, Inc. is the owner of the property and facility located at 18000 Crosby Eastgate Road, Crosby, Texas 77532, hereinafter ("Crosby facility"). As

detailed on its website, Arkema, Inc. maintains a corporate headquarters in Texas, located at 9502B Bayport Boulevard, Pasadena, Texas, 77507. Arkema has availed itself of the jurisdiction and laws of the State of Texas.; and who may be served through its agent for service of process: Corporation Service Company dba CSC – Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620 Austin, TX 78701-3218 USA.

## JURISDICTION AND VENUE

3. The subject matter in controversy is within the jurisdictional limits of this court. Plaintiffs seek monetary relief in excess of $1,000,000. Venue is proper in Harris County, Texas, pursuant to Texas Civil Practice and Remedies Code § 15.002(a)(l) because it is the county where all or a substantial part of the events or omissions giving rise to the claim occurred. Venue is proper as to all Plaintiffs and Defendants under Texas Civil Practice & Remedies Code § 15.005.

4. The Court has subject matter jurisdiction over this civil action because Plaintiffs seek damages in an amount exceeding the Court's minimum jurisdictional limits. The Court has specific and general personal jurisdiction over Defendants because Defendant Arkema, Inc. owns property located in Texas, including the Crosby facility, and Defendant has purposely availed itself of the privilege of conducting business and activities within Texas; it has substantial and continuous contacts with the State of Texas, generally and with respect to this action, to satisfy both general and specific minimum contacts; and exercising jurisdiction over it does not offend the traditional notions of fair play and substantial justice. Arkema, Inc. has corporate headquarters in Pasadena, Texas pursuant to the Arkema, Inc. website.

## FACTS

5. This is an action on behalf of legal occupants and landowners left unprotected from toxic chemicals produced, processed, used and stored in a multi-structured factory and plant owned and operated by Defendant Arkema Inc. (the "Arkema facility"). During the Hurricane Harvey weather event in late August and early September 2017, toxic chemicals were released into the environment as the result of the wrongdoing of Arkema. The Arkema facility was, and is, located at the intersection of Eastgate Crosby Road and Highway 90, Crosby, Texas.

6. On or about August 25, 2017, Hurricane Harvey struck the coast of the State of Texas as a Category 4 hurricane. Subsequently, Hurricane Harvey moved slightly inland and stalled for several days, all the while churning massive amounts of rain into the southeast Texas area, including east Harris County, where the town of Crosby, Texas resides. Over the course of those several days, Hurricane Harvey dropped in excess of fifty (50) inches of rain in and around Crosby, Texas. While Hurricane Harvey did cause massive devastation as a result of the rain which poured down from it, the residents and businesses in southeast Texas were given several days' notice that a major rain event was coming. This is not the first time Houston has seen massive amounts of rain, nor is it the first time that widespread areas of Houston and surrounding areas have suffered from flooding as a result of massive amounts of rain. This has happened before. As a matter of fact, this has happened so many times before that most industries, private businesses and even governmental agencies have put in place physical structures and written procedures to prevent harm and damage to their properties and the people in their communities. For as much as a week before Hurricane Harvey made landfall, hundreds of other chemical factories and refineries ceased production to concentrate on preparing for the imminent arrival of the massive hurricane. Unfortunately for the Plaintiffs herein, Arkema, Inc. never heeded the warnings and ignored the foreseeable consequences of failing to prepare.

7. At their chemical plant in Crosby, Texas, Arkema used, controlled, stored, manufactured, distributed, transported, and disposed of many known toxic chemicals used in the production of the Luperox™ family of chemicals. Arkema knew that the unreasonably dangerous organic peroxide products produced and stored at the plant would burst into flames if not kept at low enough temperatures to prevent their spontaneous combustion.

8. Upon information and belief, Arkema continued full production of the highly unstable Luperox™ until August 25, 2017, the day Hurricane Harvey hit, effectively postponing emergency preparations and continuing to produce additional quantities of Luperox™.

9. During Hurricane Harvey, the Arkema facility predictably lost power and flooded. Arkema was unprepared and unable to maintain refrigeration for their highly flammable inventory of Luperox™. According to the Texas Commission on Environmental Quality ("TCEQ"), storm-related power outages disabled refrigeration in the buildings used by Arkema to store Luperox(™) and then flood waters inundated nitrogen-based backup cooling systems negligently and recklessly installed only 18 inches off the ground.

10. As a result of Arkema's failure to prepare, its employees were forced to completely abandon the Crosby facility on August 29, 2017, leaving behind hazardous and toxic chemicals with no supervision. Those chemicals required refrigeration, and the lack thereof would undoubtedly cause the chemicals to break down and ignite-a fact Arkema was well aware of from a prior incident in 2006. Despite this knowledge, Arkema and its safety managers and engineers nonetheless failed to adequately prepare for back-up refrigeration of those chemicals in the event of a power outage or other catastrophe-an issue that Arkema has previously been cited for by governmental authorities.

11. In the early morning hours of August 29, 2017, Arkema Inc. employees called Harris County Emergency Services requesting that Highway 90 be shut down because of a chemical release from its plant into the flood waters that at that time were across the highway and being driven all around the

area by the storm. Arkema's wastewater tanks released floating nonaqueous phase liquid organic chemical constituents into the surrounding floodwaters, which then overtopped the berms of the hazmat storage area. These constituents included residual organics and mineral spirits. The floodwaters carried the floating materials away from the tank area via surface waters onto the land of the surrounding community.

12. After directing its employees to abandon the facility, Arkema established an arbitrary 1.5 mile evacuation radius was drawn around the Crosby facility for residents and businesses.

13. By mid-day on August 29, 2017, National Guard troops were evacuating residents, including Plaintiffs, from the 1.5-mile radius exclusion zone around the Arkema facility. Plaintiffs were not warned by Defendants of risks or unreasonable dangers resulting from this chemical release into the surface waters flowing off the site. They were only warned of the risk of an explosion from rapidly warming, highly unstable and unreasonably dangerous chemicals containing organic peroxide.

14. The evacuation of homes and businesses in the 1.5 mile radius of the Crosby facility was mandatory. Many left homes, already inundated by water, victims of Hurricane Harvey's rains. Others whose homes remained intact after the Hurricane, were forced to abandon their homes, livestock, even family pets, as law enforcement came door-to-door forcing them to leave their homes. For those who had already suffered flood damage, there was little they could do-water was left to sit in their homes until they were allowed to return. At that point, these homeowners, could do nothing to stop the spread of mold and mildew in their homes-left abandoned for over a week.

15. During the evacuation, residents of Crosby and surrounding areas, including Plaintiffs, were made to sit and wait, waiting for the inevitable explosion of toxic chemicals into the air in and around their homes.

16. In the early morning hours of August 31, 2017, the first of several explosions occurred as a result of the abandoned chemicals heating up and igniting. Between August 31, 2017 and September

3, 2017, a series of explosions occurred culminating with the allegedly intentional controlled ignition of six refrigerated trucks. The six refrigerated trucks reportedly contained plastic containers filled with Arkema's unreasonably dangerous organic peroxide mixture, Luperox™, that is manufactured and produced at the Arkema facility. These explosions resulted in thick, rolling plumes of toxic smoke that mixed in the rain and the wind of the storm to shower ash, dust and particulate matter throughout the Crosby, Texas area, including onto Plaintiffs' property.

17. Scientific testing following these events reveals the presence of four families of toxins: polycyclic aromatic hydrocarbons ("PAH"s), volatile and semi-volatile organic compounds ("VOC"s and "SVOC"s), Dioxins/Furans and heavy metals in ash, soil and dust samples taken from properties in the surrounding area, even miles away. Those toxins correlate to toxins present in the Arkema Luperox™ product line manufactured at the Arkema facility or expected to be created as breakdown chemicals from the ignition of the product and its plastic containers.

18. On the news, Arkema, Inc.' s representatives Richard Rennard and Richard P. Rowe held press conferences in Harris County, Texas and repeatedly denied that the chemicals were toxic or harmful in any manner to the people in the community. During one such press conference, Rennard remarked that the toxicity of the smoke from the Arkema facility is "a relative thing." In another press conference, Rennard admitted that the smoke and fire would cause irritation "just like any fire." When questioned regarding the nature of the chemicals being released and their dangers, Rowe refused to identify the chemicals by name, instead answering that the chemicals were "nothing that would pose any long-term harm or impact," and any sustained environmental impact would be "minimal." Plaintiffs relied upon these representations and suffered serious bodily injuries as a result.

19. Several more days after the initial explosion and release, residents had grown impatient, waiting to be allowed back into their flooded homes, which were incurring further damage each day they were kept away. Several more explosions occurred. On September 3, 2017, Arkema

intentionally ignited the remaining containers of chemicals, sending plumes of smoke, ash, chemicals and other compounds into the air that could be seen for miles. Debris fell all around (well outside the arbitrary perimeter of the mandatory evacuation zone) on Plaintiffs, their homes, their yards, their animals, their property, and their children. More Plaintiffs became exposed to the fumes, and those that had been previously exposed were still trying to recover from the physical limitations they suffered days prior.

20. Residents, including Plaintiffs, began returning to their homes on Labor Day-less than twenty-four hours following the intentional ignition of a number of chemical containers in the late afternoon of September 3, 2017. Once residents returned home, they were exposed to a laundry list of chemicals remaining in the air. Local news agencies reported that residents returning to their homes were advised, by Arkema, "to use protective clothing and drink bottled water until further notice." Such precautions would not be necessary if, in fact, it was safe for residents to return to their homes. And many residents who did return, soon found that out.

21. Residents, including Plaintiffs herein, who had no health issues before these events, soon began complaining of upper respiratory infections, bronchitis, pneumonia, itchy, burning eyes, tight, burning throats, and the like-illnesses and injuries that did not exist prior to the explosions and fires at the Arkema facility and illnesses resulting from and exacerbated by the explosions and fire at the Arkema facility.

22. As result of the fire, explosions, leaving the their homes in fear, and mandatory evacuation, Plaintiffs herein have suffered property damages, including: injury to the land that resulted in cost of repairs, loss of use, or any combination thereof; injury to improvements that resulted in cost of repairs, loss of use, or any combination thereof; injury to business, that resulted in lost profits, loss of credit or reputation thereof, loss of goodwill, or any combination thereof; injury to personal

property that resulted in cost of repairs, loss of use, or any combination thereof; and diminution in property value.

23. Plaintiffs have also suffered loss of use and enjoyment of property, stigma, annoyance and inconvenience, nuisance, aggravation, and emotional distress as a result of Defendant's conduct.

24. As a result of living within the exclusion zone, Plaintiffs suffered enhanced property damage from the flood waters that invaded their homes and properties because mold grew unabated in their homes for eight days until the 1.5-mile radius exclusion zone order was lifted. Had Plaintiffs not been excluded from their homes and properties they would have been able to effectively prevent the spread of mold and thus mitigate damage, as well as protect personal property.

25. Plaintiffs also incurred costs for displacement, travel other out of pocket expenses directly related to their evacuation.

26. Further, many Plaintiffs suffered physical maladies after having come into contact with the toxic substances released from the Arkema facility. Many Plaintiffs breathed a toxic mixture of the Arkema chemicals released to the public into the air, and sustained additional exposure through dermal contact with contaminated flood waters. Additionally, they face a potential continuing risk of inhalation, dermal and ingestion exposure to particulate matter that deposited or precipitated in soil and/or on exposed surfaces on their property. Many Plaintiffs experienced adverse health effects and symptoms, some of which continue to persist. Some Plaintiffs also sought medical attention or advice after experiencing exposure symptoms, incurring out of pocket expenses.

27. Defendants could have prevented or avoided these harms with appropriate precautionary measures and planning, compliance with applicable regulations, and the use of reasonable care. The foreseeable risks of harm posed could have been reduced or avoided by reasonable instructions or warnings when it became clear that toxins had been released into the public environment. Those omissions render Arkema's products not reasonably safe.

## ARKEMA'S CONDUCT

28. At their chemical plant in Crosby, Texas, Arkema used, controlled, stored, manufactured, distributed, transported, and disposed of many known toxic chemicals used in the production of the Luperox™ family of chemicals.

29. Arkema knew that the unreasonably dangerous organic peroxide products produced and stored at the plant would burst into flames if not kept at low enough temperatures to prevent their spontaneous combustion.

30. During Hurricane Harvey, the Arkema facility predictably lost power and flooded.

31. Arkema was unprepared and unable to maintain refrigeration for their highly flammable inventory of Luperox™.

32. For as much as a week before Hurricane Harvey made landfall, hundreds of other chemical factories and refineries ceased production to concentrate on preparing for the imminent arrival of the massive hurricane.

33. Upon information and belief, Arkema continued full production of the highly unstable Luperox™ until August 25, 2017, the day Hurricane Harvey hit, effectively postponing emergency preparations and continuing to produce additional quantities of Luperox™.

34. According to the Texas Commission on Environmental Quality ("TCEQ"), storm-related power outages disabled refrigeration in the buildings used by Arkema to store Luperox(™) and then flood waters inundated nitrogen-based backup cooling systems negligently and recklessly installed only 18 inches off the ground.

35. According to TCEQ documents, personnel employed by Arkema Inc. removed the containers of unreasonably dangerous organic peroxides from storage and placed them in refrigerated trailers.

36. According to TCEQ documents, ultimately the refrigeration of the organic peroxide products placed in the trucks also failed.

37. According to TCEQ documents and the United States Chemical Safety Board documents, that loss of refrigeration led to rapid product decomposition.

38. As the chemicals reached room temperatures, chemical reactions associated with decomposition of the unreasonably dangerous organic peroxide products ignited the mixture, sending up a cloud of combusting organic peroxide along with fumes from burning plastic containers, tires and insulation.

39. In media reports since the explosions, officials speaking on behalf of Arkema stated that the cause of the explosions was a lack of power which hindered efforts to maintain refrigeration of thousands of individual plastic containers filled with unreasonably dangerous organic peroxide.

40. Between August 31, 2017 and September 3, 2017, nine refrigerated tractor trailers containing up to 10,000 plastic containers filled with Luperox(™) exploded at the Arkema facility, sending massive plumes of thick black and gray smoke into the air.

41. According to TCEQ records, the ignitions released 62,394 pounds of toxic chemicals into the air. TCEQ's reports on the air emissions list the following chemicals as being emitted into the air by the explosions: ethylhexanol, ethyl hexaldehyde, acetone, acetophenone, ethane, nonane, nonene, isobutane, isobutene, N-propanol, carbon monoxide, NO2 and other VOCs and SVOCs partially from burning diesel. Additionally, other novel exposures can be expected because of the reactions and combination that likely occurred during the explosions.

42. Although spokesmen for Arkema have publicly claimed that a power outage and flooding associated with Hurricane Harvey caused a loss of refrigeration which led to the explosions, Arkema knew or should have known that the Arkema facility lies in a floodplain and is prone to flooding.

43. Arkema knew or should have known that given the likelihood of flooding and the likelihood of a hurricane striking its local electric utility that it was entirely foreseeable that the facility would face a situation where a loss of electrical service from its utility, and its unprotected backup generator, during a hurricane would coincide with flooding.

44. Upon information and belief, almost all of the land at the Arkema facility on which Arkema's equipment and buildings sit lie beneath base flood elevation.

45. Upon information and belief, the Regulations of Harris County, Texas for Floodplain Management §1.03 require permits for multiple structures at the Arkema facility.

46. As of the filing of this Amended Complaint, Harris County Engineering Records show no permit for one or more of the structures at the Arkema facility.

47. Arkema failed to design, maintain or operate their facility in a manner that could safely store the highly unstable and unreasonably dangerous chemical in the very likely event of a power outage.

48. Defendant Arkema Inc. reports in its Safety Data Sheets ("SDS") that its product Luperox™ contained less than 10% of organic peroxides. The product is largely made up of petroleum distillates.

49. Defendant Arkema Inc. reports in its SDS that Luperox™ releases toxic chemicals if burned.

50. Defendant Arkema Inc., being self-proclaimed experts in the chemical industry, knew or should have known that the plastic containers in which the Luperox ™ was stored would release toxic materials in the atmosphere if burned.

51. Despite the fact that virtually everything stored, used, manufactured, processed or disposed of at the Arkema facility was toxic, Defendant Arkema Inc.'s CEO insisted that the smoke from the fire was not toxic. Arkema owed a duty to honestly disclose the toxic nature of the smoke that blew over Plaintiffs and their property and the chemicals that overflowed onto their property.

52. In addition to the Luperox™ explosions, there was also a toxic release of liquid contaminants from a storage tank at the facility into the floodwaters which then migrated off-site before the explosions began.

53. According to TCEQ documents, on August 29, 2017, two waste water tanks accumulated large amounts of rain water which exceeded the tanks' capacity, causing the tank contents to overflow into the tanks' containment dike. The containment dike exceeded its capacity, releasing the storm water containing what the TCEQ characterized as mineral spirits and residual organics into the flood waters within the Arkema facility.

54. According to TCEQ documents, an estimated 23,608 pounds of contaminants were released into the public environment, including Plaintiffs' property from two tanks, including: ethylbenzene, mineral spirits, naptha, naphthalene, organic peroxides, trimethylbenzene, tert-butyl alcohol, 2,5 dimethyl-2,5 di(t-butylperoxy)hexane and t-amyl alcohol.

55. Upon information and belief, personnel from Defendant Arkema Inc. contacted Harris County officials to request that Highway 90 be closed because of a release of chemicals from the facility into the flood waters.

56. Defendant Arkema Inc. never issued any warnings to the public regarding this release into the flood waters and in fact refused to give details about the nature of the release to law enforcement officials from the State of Texas and Harris County. Not until the TCEQ finally released their report, over one week after the release, did the public have any notice that over 20,000 pounds of deadly chemicals released into flood waters and migrated through the residential and agricultural properties surrounding the plant, including Plaintiffs' property.

57. Arkema either knew or should have known of the obvious poor conditions and environmental practices at the Arkema facility and knew or with the exercise of reasonable diligence should have known of the threat of chemical release, and should have acted to prevent it.

## ENVIRONMENTAL EVIDENCE

58. Upon information and belief, environmental evidence gathered by Plaintiffs indicates that Plaintiffs and their property were exposed to toxic substances and negatively impacted by toxic releases from the site between August 29, 2017 and September 3, 2017.

59. Plaintiffs witnessed the dark plumes of smoke that arose from the Arkema facility and smelled noxious odors that accompanied the plumes.

60. Upon information and belief, on September 2, 2017, a Harris County Pollution Control Services Department investigator collected two air samples approximately 3 miles northwest of the Arkema facility. Those samples revealed concentrations of total volatile organic compounds reaching levels of 3.0 parts per million.

61. Plaintiffs found strange black ash, and/or a black, oily residue covering their property upon returning after the exclusion order was lifted.

62. Upon information and belief, scientific analysis of that black ash and the black residue revealed the presence of metals and chemicals linked to the products stored and manufactured at the Arkema facility or chemicals and compounds created in the spills, fires and explosions.

63. Upon information and belief, samples of the black ash indicated the presence of napthalene. Napthalene is a polycyclic aromatic hydrocarbon (PAH) listed as an ingredient on the SDSs of Luperox™ products.

64. Upon information and belief, the collected samples have been analyzed for heavy metals and cyanide, volatile organic compounds (VOCs), semi-volatile organic compounds (SVOCs), polycyclic aromatic compounds (PAHs), Dioxins, Furans, and Tentatively Identified Compounds (TICs). Results received to date have identified compounds from each of these analytical groups. The presence of such toxins, including many man-made substances, in concert with eye-witness accounts

of smoke plumes, black ash, black residue and physical symptoms show that a completed exposure pathway existed between the Arkema facility and Plaintiffs' property.

65. Upon information and belief, analysis for metals and inorganics revealed detections for a number of metals: aluminum, antimony, barium, calcium, chromium, cobalt, copper, iron, lead, manganese, nickel, potassium, sodium, thallium, vanadium, zinc, and cyanide. While these metals are found in the Earth's crust, their appearance consistently throughout the samples indicates linkage to activities at the Arkema facility. The concentrations of aluminum, barium, calcium and zinc present a marker establishing an environmental pathway.

66. Upon information and belief, testing also revealed a number of Volatile Organic Compounds (VOCs): acetone, bromodichloromethane, bromoform, chloroform, dibromochloromethane. The United States Environmental Protection Agency ("EPA") has classified bromoform as a probable human carcinogen and has classified dibromochloromethane as a possible human carcinogen. There is evidence that eating or drinking bromodichloromethane causes liver, kidney, and intestinal cancer in rats and mice. The United States Department of Health and Human Services ("DHHS") has determined that bromodichloromethane is reasonably anticipated to be a human carcinogen.

67. Upon information and belief, lab tests identified semi-volatile organic compounds (SVOCs): benzoic acid, bis(2-ethylhexyl) phthalate, di-n-butyl phthalate. Additionally, GCMS analysis revealed the presence of several SVOC Tentatively Identified Compounds (TICs): unknown hydrocarbons, unknown compounds, azuleno [4,5-b]furan-2,9-dione; decahydro, n-hexadecanoic acid; gamma sitosterol, 1-hexanol; 2-ethyl, hexanoic acid; 2-ethyl-, diethyltoluamide; hexanoic acid; butanoic acid, ethane, 1,1,2,2-tetrachloroethane.

68. Upon information and belief, tests of ash samples, surface water samples and soil samples revealed the presence of the following polycyclic aromatic hydrocarbons (PAHs): acenaphthylene,

benzo(a)anthracene, benzo(a)pyrene, benzo(b)fluoranthene, benzo(g,h,i)perylene, benzo(k)fluoranthene, chrysene, dibenzo(a,h)anthracene, fluoranthene, fluorene, indeno(1,2,3-cd)pyrene, naphthalene, phenanthrene, pyrene,2-methylnaphthalene.

69. Polycyclic aromatic hydrocarbons (PAHs) are a group of over 100 different chemicals that are formed during incomplete combustion. The Department of Health and Human Services (DHHS) has determined that some PAHs may reasonably be expected to be carcinogens. Due to carcinogenic effects, USEPA establishes a maximum contaminant level for one found in some samples, benzo(a)pyrene, the most carcinogenic PAH, and benzo(b)fluoranthene, benzo(k)fluoranthene, chrysene at 0.2 parts per billion. Other known carcinogenic PAHs include dibenzo(a,h)anthracene and, indeno(1,2,3-c,d)pyrene.

70. Upon information and belief, testing also found detections of the following Dioxins and Furans: 2,3,7,8-tetrachlorodibenzodioxin (tcdd), pentachlorodibenzo-p-dioxin (12378-pecdd), hexachlorodibenzo-p-dioxin, heptachlorodibenzo-p-dioxin, octachlorodibenzo-p-dioxin, tetrachlorodibenzofuran, pentachlorodibenzofuran, hexachlorodibenzofuran, heptachlorodibenzofuran, octachlorodibenzofuran, pentachlorodibenzo-p-dioxin. Dioxins are some of the most dangerous toxic chemicals known to man.

## CAUSES OF ACTION

## NEGLIGENCE

71. On the occasion in question, as more fully described above, Defendants committed acts of omission and commission, which collectively and separately constituted negligence. Defendants had a duty to exercise ordinary care, meaning that degree of care that would be used by any chemical company of ordinary prudence under the same or similar circumstances, and Defendants breached that duty, including but not limited to one or more of the following ways:

a. In failing to properly store chemicals at the Crosby facility;

b. In failing to develop, implement, and maintain proper procedures for the storage and backup refrigeration of chemicals stored at the Crosby facility;

c. In failing to develop, implement, and maintain proper safety procedures and protocol concerning the safe maintenance of the highly toxic and inherently dangerous chemicals maintained at the Crosby facility;

d. In failing to have adequate emergency procedures in place to protect the safety and welfare of the community in the event of a catastrophe;

e. In failing to provide the public accurate information on the chemicals at risk of exploding;

f. In failing to properly warn the public concerning the risks and dangers associated with the highly toxic and inherently dangerous chemicals maintained at the Crosby facility;

g. In failing to implement and maintain proper procedures, as established by Arkema, Inc. and governmental agencies regarding, concerning the safe and proper handling of chemicals at the Crosby facility; and

h. In failing to adequately prepare for a major flood event, having had the knowledge that such an event was foreseeable.

72. Defendant's breaches were a proximate cause of the occurrence in question and the injuries and damages sustained by Plaintiffs herein.

73. Arkema's actions constituted grossly negligent, outrageous, malicious, or otherwise morally culpable conduct, warranting exemplary or punitive damages sufficient to deter such conduct in the future.

## GROSS NEGLIGENCE

74. Defendants unconscionably and wantonly neglected to take the actions reasonably required to correct its past mistakes and omissions and unconscionably and wantonly neglected to reasonably protect the citizens of Crosby, Texas and surrounding communities from the unreasonably dangerous condition it created. These acts of omission and commission, included, but were not limited to those as described above.

75. Defendants committed acts of omission and commission, which collectively and severally, constituted malice under Chapter 41 of the Texas Civil Practices & Remedies Code, which malice was a proximate cause of the accident described herein. Plaintiffs seek exemplary damages as allowed by law in an amount to be determined at trial. These acts of malice involved an extreme degree of risk considering the probability and magnitude of harm to others; and of which Defendants had actual, subjective awareness of such risks involved, but nevertheless proceeded with conscious indifference to the rights, safety or welfare of others.

## NEGLIGENCE PER SE

76. Defendant's conduct described herein constitutes an unexcused breach of duty imposed by law. Plaintiffs are members of the class that the law was designed to protect. Defendant's unexcused breach of the duty imposed by the law proximately caused the Plaintiffs' injuries described herein.

## NEGLIGENT MISREPRESENTATION

77. Defendant made representations to Plaintiffs, the Crosby community, and public at large concerning the Crosby facility, the risk and consequences of the explosions, and the like. Defendant downplayed the risks associated with the explosions, fire, and toxicity of the chemicals at issue. Defendant representative Richard Rennard even remarked, "toxicity is a relative thing." Defendant further represented that the dangers associated with the explosions and fire at the Crosby facility were akin to standing next to a campfire.

78. Defendant supplied this false information and failed to exercise reasonable care when doing so. Plaintiffs relied upon these representations to their detriment. Plaintiffs justifiably relied upon these representations.

79. As a proximate result of Defendant's negligent misrepresentations Plaintiffs have suffered substantial harm and injury. Plaintiffs are entitled to recover all actual damages, both general and special, against Defendant for tortious representations.

**TRESPASS**

80. Plaintiffs owned or had a legal right to possess real property.

81. By releasing toxic chemicals, including the black ash, residue and other chemicals into the air and water, Arkema entered Plaintiffs' land, and the entry was physical, intentional and voluntary.

82. The toxic chemicals released by Arkema from the Arkema facility were not produced by a natural process.

83. 7Arkema's trespass caused injury to Plaintiffs' right of possession and constituted a trespass.

84. Arkema's actions constituted grossly negligent, outrageous, malicious, or otherwise morally culpable conduct, warranting exemplary or punitive damages sufficient to deter such conduct in the future.

**PRIVATE NUISANCE**

85. Plaintiffs had a private interest in land.

86. By releasing toxic chemicals, including the black ash, residue and other chemicals into the air and water, the Arkema Defendants interfered with or invaded Plaintiffs' interest.

87. Defendant's conduct was negligent, intentional and unreasonable, or abnormal and out of place of its surroundings.

88. Defendant's conduct resulted in conditions that substantially interfered with Plaintiffs' use and enjoyment of the land.

89. Defendant's actions constituted grossly negligent, outrageous, malicious, or otherwise morally culpable conduct, warranting exemplary or punitive damages sufficient to deter such conduct in the future.

## DAMAGES

90. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiffs were caused to incur the following damages:

a. Costs for water replacement, travel, home repair and any other out-of-pocket expenses as the result of Defendant's conduct, acts, or omissions;

b. Diminution of property value and stigma;

c. Damages for loss of use and enjoyment of property, inconvenience, annoyance, aggravation, nuisance and emotional distress;

d. Mental anguish in the past;

e. Mental anguish in the future;

f. Loss of use of property and any costs related to Plaintiffs not being able to access their property due to the mandatory evacuation and/or fear of explosions and chemical exposure;

g. Injury to improvements including cost of repairs (including mold), loss of use, or any combination thereof, caused by Plaintiffs not being able to access their property due to the mandatory evacuation and/or fear of explosions and chemical exposure;

h. Injury to business that resulted in lost profits, loss of credit or reputation thereof, loss of goodwill, or any combination thereof;

i. Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiffs for the necessary care and treatment of the injuries resulting from

the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Harris County, Texas;

j. Physical pain and suffering in the past;

k. Physical pain and suffering in the future;

l. Physical impairment which, in all reasonable probability, will be suffered in the future; and

m. Loss of earnings in the past.

91. Nothing in this action is intended to bring any claims for damages released by the class settlement (i.e. Plaintiffs are specifically not making claims for property testing, remediation, or epidemiological study).

## TOLLING OF THE STATUTE OF LIMITATIONS

92. The cause of action accrued on September 3, 2017, the day the toxic release from the Arkema site ended.

93. The Wheeler class action suit was filed on October 3, 2017 in the USDC Southern District of Texas (Civil Action Number 4:17-cv-2960), 30 days after the cause of action accrued, tolling the 2-year statute of limitations under Texas Civil Practice & Remedies Code section 16.003.

94. An order denying class certification of property and personal injury damages was entered on May 18, 2022, which started the running of the statute of limitations again.

95. Thirty days of the statute had run before it was tolled by the filing of the Wheeler class action, leaving 700 days remaining for the filing of personal actions before the statute of limitations would expire on April 18, 2024.

96. Therefore the civil action herein has been timely filed before the expiration of the statute of limitations.

## PRAYER

**WHEREFORE,** Plaintiffs pray that:

97. Defendants be cited to appear and answer herein,

98. Plaintiffs be awarded their damages as more fully described above;

99. Plaintiffs be awarded their costs of suit;

100. Pre-judgment and post-judgment interest on all applicable amounts be awarded to Plaintiffs at the maximum non-usurious rate as allowed by law;

101. Plaintiffs be awarded exemplary damages; and

102. Plaintiffs be awarded such other and further relief to which Plaintiffs may show they are justly entitled.

**DATED: April 4, 2024**

Respectfully Submitted,

**DENNIS SPURLING, P. L.LC.**

**/s/ Dennis D. Spurling**
Dennis D. Spurling, Esq.
Attorney-in-Charge
Texas State Bar No.: 24053909
Southern District of TX Federal Bar No. 718307
ddspurling@dennisspurling.com

**THOMPSON BARNEY LAW FIRM**

/s/ Kevin W. Thompson
Kevin W. Thompson, Esquire (W.V. Bar No. 5062)
*Attorney seeking pro hac vice admission*
David R. Barney, Jr., Esquire (W.V. Bar No. 7958)
*Attorney seeking pro hac vice admission*
2030 Kanawha Boulevard, East
Charleston, West Virginia 25311

Telephone: (304) 343-4401
Facsimile: (304) 343-4405
kwthompsonwv@gmail.com
drbarneywv@gmail.com

**LAW OFFICES OF P. RODNEY JACKSON**

/s/ P. Rodney Jackson
P. Rodney Jackson (W.V. Bar No. 1861)
*Attorney seeking pro hac vice admission*
401 Fifth-Third Center
700 Virginia Street, East
Charleston, West Virginia 25301
Telephone: (843) 780-6879
Facsimile: (304) 345-7258
prodjackson27@yahoo.com

**ATTORNEYS FOR PLAINTIFFS**

# Exhibit B-2

Defendant Arkema Inc.'s Original Answer

4/29/2024 8:27 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 87137158
By: Nelson Cuero
Filed: 4/29/2024 8:27 AM

NO. 2024-21497

| | | |
|---|---|---|
| DOROTHY ACKERMAN, *et al.*, | § | IN THE DISTRICT COURT OF |
| *Plaintiffs*, | § | |
| | § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ARKEMA INC., | § | |
| *Defendant*. | § | 270TH JUDICIAL DISTRICT |

**DEFENDANT ARKEMA INC.'S ORIGINAL ANSWER**

Defendant Arkema Inc. ("Arkema") respectfully files its Original Answer, and would show the Court as follows:

**GENERAL DENIAL**

1. Pursuant to TEX. R. CIV. P. 92, Arkema generally denies the allegations and claims contained in Plaintiffs' Original Petition.

**AFFIRMATIVE DEFENSES**

2. Plaintiffs' claims are barred by the applicable statute of limitations.

3. Plaintiffs' claims are barred by an accord and satisfaction.

4. Plaintiffs' claims are barred by a release of claims.

5. Plaintiffs have failed to state a claim upon which relief may be granted.

6. Plaintiffs' claims are barred, in whole or in part, by Plaintiffs' own negligence, in that Plaintiffs' failure to exercise ordinary care proximately caused, in whole or in part, the injuries, if any, complained of by Plaintiffs.

7. Arkema asserts the affirmative defenses of contributory or comparative fault or negligence, comparative causation, and/or proportionate responsibility and would ask the Court and Jury to reduce any judgment against Arkema by the degree of negligence or causation attributed to any other person or party, including by not limited to, Plaintiffs, any co-defendants, any settling parties, and any responsible third parties.

8. Plaintiffs' injuries were caused by a third party.

9. Plaintiffs' alleged injuries, if any, were caused by an intervening cause or a new and unanticipated event which was a proximate and/or producing cause, and/or the sole proximate and/or sole cause. Additionally, the cause of the injuries alleged by Plaintiffs was an independent and intervening event(s) and not the result of any conduct by Arkema.

10. Plaintiffs failed to mitigate their damages, if any.

11. Plaintiffs' claims are barred by assumption of the risk.

12. Plaintiffs' alleged injuries, if any, were caused by an act of God.

13. Plaintiffs do not have requisite standing to assert their claims.

14. Arkema denies that Plaintiffs are entitled to recover punitive damages in this case because Arkema's conduct demonstrated reasonable care. An intent to injure, actual or constructive, and conscious indifference to any risk are completely absent in this suit.

15. An award of exemplary or punitive damages in this case would be unconstitutional under the Constitutions of the State of Texas and of the United States, or any other applicable law, for one or more of the following reasons:

a. There are no reasonable standards for the award of such damages;

b. Repetitive punitive damage awards for a single course or alleged course of conduct is inappropriate and in violation of the Double Jeopardy Clause of the Fifth Amendment and due process clause of the Fourteenth Amendment of the United States Constitution and in violation of Art. 1 § 13 and Art. 1 § 14 of the Texas Constitution; and

c. An award of exemplary or punitive damages would violate Arkema's rights to due process of law under the Fourteenth Amendment to the United States Constitution and under Art. 1 § 19 of the Texas Constitution.

16. In the unlikely event that there is an award of exemplary damages against Arkema, it asserts the applicability of TEX. CIV. PRAC. & REM. CODE § 41.001, *et seq.* or any other applicable law limiting awards of punitive damages.

**JURY DEMAND**

17. Arkema respectfully demands a trial by jury on all issues and claims so triable.

**PRAYER**

WHEREFORE, Arkema prays that Plaintiffs take nothing by this action, that all relief requested by Plaintiffs be denied, that Arkema recovers its costs of court and expenses, and that the Court grant it such other relief to which it may show itself to be entitled.

Respectfully submitted,

SCHIRRMEISTER DIAZ-ARRASTIA BREM LLP

By: */s/ Michael L. Brem*
Michael L. Brem
State Bar No. 02952020
Pennzoil Place - South Tower
711 Louisiana St., Suite 1750
Houston, Texas 77002
Telephone: (713) 221-2500
Facsimile: (713) 221-2525
Email: mbrem@sdablaw.com

**ATTORNEY FOR DEFENDANT ARKEMA INC.**

CERTIFICATE OF SERVICE

This is to certify that on April 29, 2024, a true and correct copy of the foregoing document was served electronically on all known counsel of record via eFileTXCourts.gov.

*/s/ Michael L. Brem*
Michael L. Brem

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kristina Gates on behalf of Michael Brem
Bar No. 02952020
kgates@sdablaw.com
Envelope ID: 87137158
Filing Code Description: Answer/ Response / Waiver
Filing Description: Defendant Arkema Inc.'s Original Answer
Status as of 4/29/2024 10:41 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michael L.Brem | | mbrem@sdablaw.com | 4/29/2024 8:27:53 AM | SENT |
| Jackie S.Celender | | jackie.celender@klgates.com | 4/29/2024 8:27:53 AM | SENT |
| Thomas Birsic | | thomas.birsic@klgates.com | 4/29/2024 8:27:53 AM | SENT |
| Wesley Prichard | | wesley.prichard@klgates.com | 4/29/2024 8:27:53 AM | SENT |
| Dennis D.Spurling | | ddspurling@dennisspurling.com | 4/29/2024 8:27:53 AM | SENT |
| Kevin W.Thompson | | kwthompsonwv@gmail.com | 4/29/2024 8:27:53 AM | SENT |
| David R.Barney, Jr. | | drbarneywv@gmail.com | 4/29/2024 8:27:53 AM | SENT |
| P. RodneyJackson | | prodjackson27@yahoo.com | 4/29/2024 8:27:53 AM | SENT |