| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:24-cv-01588 |
|---|---|---|---|

| DOROTHY ACKERMAN, ET AL., |
|---|
| *versus* |
| ARKEMA INC. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | David R. Barney, Jr.<br>Thompson Barney<br>2030 Kanawha Boulevard, East<br>Charleston, West Virginia 25311-2204<br>(304) 343-4401  drbarneywv@gmail.com<br>West Virginia Bar No. 7958 |
|---|---|

| Name of party applicant seeks to appear for: | DOROTHY ACKERMAN, ET AL., |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 4/30/2024 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:   Clerk's signature |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____     _____
                                                    United States District Judge