IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**CIVIL ACTION NO.: 4:24-cv-01588**
(Consolidated with Civil Action No.: 4:24-cv-01589)

DOROTHY ACKERMAN, et al.,

    Plaintiffs,

and

MANUEL and GABRIELA CRUZ,

    Plaintiffs,

VERSUS                                      **NOTICE OF APPEAL**

ARKEMA INC.,

    Defendant.

All Plaintiffs, Dorothy Ackerman et al. (listed in Exhibit A), through their undersigned counsel, appeal to the United States Court of Appeals for the 5th Circuit from the final judgment entered on December 5, 2024 by Judge Hanen granting Defendant Arkema's motions to dismiss (Doc. 35).

                                            Respectfully Submitted:

                                            DENNIS SPURLING, P. L.LC.

                                            <u>/s/ Dennis D. Spurling</u>
                                            Dennis D. Spurling, Esq.
                                            Attorney-in-Charge
                                            Texas State Bar No.: 24053909
                                            Southern District of TX Federal Bar No. 718307
                                            ddspurling@dennisspurling.com
                                            J.P. Morgan Chase Building
                                            3003 S. Loop West, Suite 400
                                            Houston, Texas 77054
                                            Telephone (713) 229-0770
                                            Facsimile (713) 229-8444

THOMPSON BARNEY LAW FIRM

Kevin W. Thompson, Esquire (W.V. Bar No. 5062)
Attorney seeking pro hac vice admission
David R. Barney, Jr., Esquire (W.V. Bar No. 7958)
Attorney seeking pro hac vice admission
2030 Kanawha Boulevard, East
Charleston, West Virginia 25311
Telephone: (304) 343-4401
Facsimile: (304) 343-4405
kwthompsonwv@gmail.com
drbarneywv@gmail.com

LAW OFFICES OF P. RODNEY JACKSON

P. Rodney Jackson (W.V. Bar No. 1861)
Attorney seeking pro hac vice admission
401 Fifth-Third Center
700 Virginia Street, East
Charleston, West Virginia 25301
Telephone: (843) 780-6879
Facsimile: (304) 345-7258
prodjackson27@yahoo.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on all parties or counsel of record by electronic notification provided by the court's CM/ECF system, this 3rd day of January, 2025.

/s/  Dennis D. Spurling